

JEFFREY S. STORMS
612.333.9536
jstorms@gaskinsbennett.com

VIA FACSIMILE (612-673-3362) AND U.S. MAIL

August 11, 2011

C. Lynne Fundingsland
Assistant City Attorney
City Hall, Room 210
350 S. 5th Street
Minneapolis, MN 55415

Re:  Smith v. Gorman, et al.
     Court File No. 11-cv-03071 SRN/JJK
     Our File No. 2476-18933

Dear Ms. Fundingsland:

Enclosed and served upon you via facsimile and United States Mail, please find the following:

1)  Plaintiff's First Set of Interrogatories to Timothy Gorman;
2)  Plaintiff's First Set of Interrogatories to Timothy Callahan;
3)  Plaintiff's First Set of Interrogatories to The City of Minneapolis;
4)  Plaintiff's First Set of Requests for Admission to Defendants; and
5)  Plaintiff's First Set of Requests for Production of Documents to Defendants.

Regards,


Jeffrey S. Storms

JSS/JKT/jt

Enclosures

cc:   Robert Bennett, Esq.



333 South Seventh Street Suite 2900 Minneapolis, MN 55402   TEL 612.333.9500   FAX 612.333.9579   TOLL 866.397.4497
WWW.GASKINSBENNETT.COM