UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Larry E. Smith as trustee for the Heirs and Next of Kin of David Cornelius Smith,<br><br>Plaintiff,<br><br>vs.<br><br>Timothy Gorman and Timothy Callahan, acting in their individual capacities as Minneapolis police officers, and The City of Minneapolis,<br><br>Defendants. | Case No. 11-cv-03071 (SRN/JJK)<br><br>DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION |

1. Admit that the immediate cause of David Smith's ("Smith") death was anoxic encephalopathy.

   ANSWER: Admit.

2. Admit that Smith suffered a cardiopulmonary arrest on September 9, 2010.

   ANSWER: Admit.

3. Admit that Smith's anoxic encephalopathy was due to or as a consequence of the cardiopulmonary arrest Smith suffered on September 9, 2010.

   ANSWER: Admit that the Hennepin County Medical Examiner found that Smith's anoxic encephalopathy was due to or as a consequence of the cardiopulmonary arrest Smith suffered on September 9, 2010.



4. Admit that the cardiopulmonary arrest Smith suffered on September 9, 2010, occurred while Smith was being taken into custody by Minneapolis Police Officers Callahan and Gorman.

ANSWER: Admit that Smith suffered a cardiopulmonary arrest on September 9, 2010; Defendants can neither truthfully admit nor deny the remainder of this Request for Admission as no exact time is known for Smith's cardiopulmonary arrest, so Defendants cannot truthfully admit or deny it occurred while Smith was "being taken into custody by Minneapolis Police Officers Callahan and Gorman."

5. Admit that the cardiopulmonary arrest Smith suffered on September 9, 2010, was due to or as a consequence of mechanical asphyxia.

ANSWER: Admit.

6. Admit that the mechanical asphyxiation of Smith on September 9, 2010, was caused, in whole or in part, by pressure or force exerted on Smith's body by Defendant Callahan.

ANSWER: Deny.

7. Admit that the mechanical asphyxiation of Smith on September 9, 2010, was caused, in whole or in part, by pressure or force exerted on Smith's body by Defendant Gorman.

ANSWER:       Deny.

Dated: 1-17-12

SUSAN L. SEGAL
City Attorney
By

*/s/ C. Lynne Fundingsland*
C. LYNNE FUNDINGSLAND
Assistant City Attorney
Attorney Reg. No. 32712
BURT T. OSBORNE
Assistant City Attorney
Attorney Reg. No. 0250363
TRACEY FUSSY
Assistant City Attorney
Attorney Reg. No. 0311807
Attorneys for Defendants
City Hall-Room 210
350 South 5th Street
Minneapolis, MN 55415
(612) 673-2180