UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry E. Smith as trustee for
the Heirs and Next of Kin of
David Cornelius Smith,

                              Plaintiff,

   vs.

Timothy Gorman and Timothy Callahan,
acting in their individual capacities
as Minneapolis police officers, and
The City of Minneapolis,

                              Defendants.

Case No. 11-CV-03071 (SRN/JJK)

**PLAINTIFF'S RESPONSES TO
DEFENDANTS' REQUEST FOR
PRODUCTION OF DOCUMENTS
(SECOND SET)**

TO:   The above-named Defendants and their attorneys, C. Lynne Fundingsland, Burt T. Osborne,
and Tracey Fussy, Minneapolis City Attorney's Office, 350 South 5ᵗʰ Street, Room 210,
Minneapolis, MN 55415.

   For his responses to Defendants' Requests for Production of Documents (Second Set),

Plaintiff Larry E. Smith, as trustee for the Heirs and Next of Kin of David Cornelius Smith, states as

follows:

### RESPONSES

**REQUEST NO. 1**:   All emails sent from David Cornelius Smith to any persons claiming to be
"Next of Kin" or a member of his family.

**RESPONSE**: Plaintiff objects to this request as overbroad and unduly burdensome.  Plaintiff
further objects to this request as seeking information out of his possession, custody, or control.
Subject to and without waiving said objections, Plaintiff has not discovered any responsive
documents thus far.  Although not specifically called for herein, Plaintiff is disclosing Facebook and
Myspace messages between David Smith and his next-of-kin.  *See* documents containing bates
numbers SMITH 003671 – SMITH 003698, SMITH 003700 – SMITH 003701.  Discovery
continues.

**REQUEST NO. 2**:   All emails received from David Cornelius Smith by any persons claiming to
be "Next of Kin" or a member of his family.

**RESPONSE**: Plaintiff objects to this request as overbroad and unduly burdensome.  Plaintiff
further objects to this request as seeking information out of his possession, custody, or control.
Subject to and without waiving said objections, Plaintiff has not discovered any responsive

**EXHIBIT**

tabbies

N

documents thus far. Although not specifically called for herein, Plaintiff is disclosing Facebook and Myspace messages between David Smith and his next-of-kin. *See* documents containing bates numbers SMITH 003671 – SMITH 003698, SMITH 003700 – SMITH 003701. Discovery continues.

**REQUEST NO. 3**:   All emails sent or received by persons claiming to be "Next of Kin" which regard or reference David Cornelius Smith.

**RESPONSE**: Plaintiff objects to this request as overbroad and unduly burdensome. Plaintiff further objects to this request as seeking information out of his possession, custody, or control. Subject to and without waiving said objections, see the document containing the bates number SMITH 003670. Discovery continues.

**REQUEST NO. 4**:   Telephone records from any person claiming to be David Cornelius Smith's "'Next of Kin."

**RESPONSE**: Plaintiff objects to this request as overbroad and not reasonably calculated to lead to the discovery of admissible evidence because this request is not limited to a specific time period. Plaintiff further objects to this request as seeking information out of his possession, custody, or control.

**REQUEST NO. 5**:   All documents related to any travel by David Cornelius Smith's family or "Next of Kin" to Minnesota, including airline tickets, and receipts from retail or hotel establishments in Minnesota, by any persons claiming to be David Cornelius Smith's "Next of Kin."

**RESPONSE**: Plaintiff objects to this request as seeking information out of his possession, custody, or control. Subject to and without waiving said objection, Plaintiff has not discovered any responsive documents thus far. Discovery continues.

**REQUEST NO. 6**:   All documents related to any travel David Cornelius Smith made to and from the city of residence of a family member, whether in Illinois, Georgia, or any other state.

**RESPONSE**: See documents containing bates numbers SMITH 002032 – 002034, and SMITH 003699.

**REQUEST NO. 7**:   All documents relied upon in answering Defendants' Interrogatories to Plaintiff (Second Set).

**RESPONSE**: See documents referenced herein.

GASKINS BENNETT BIRRELL SCHUPP LLP

Dated: July 23, 2012

Robert Bennett, #6713
Jeffrey S. Storms, #387240
Kathryn H. Bennett, #392087
333 South Seventh Street, #2900
Minneapolis, MN 55402
Telephone: 612-333-9500
rbennett@gaskinsbennett.com
jstorms@gaskinsbennett.com
kbennett@gaskinsbennett.com
Attorneys for Plaintiff

3

**From:** Angie Smith <anglesmith4christ@yahoo.com>;
**To:** Darrell Tate <dvaugnt@yahoo.com>;
**Bcc:** Otis Clark <oclarklv@msn.com>;
**Subject:** Re: David's Birthday Plans
**Sent:** Fri, Feb 27, 2009 8:42:02 PM

Hi Darrell
Thank you for keeping me informed and for taking such
good care of my brother.  Our family cares for him
deeply and it's comforting to know that he has good
people looking out for him.

P.S. Thank you for making his birthday
special!!!!!  God Bless You!

---

**From:** Darrell Tate <dvaugnt@yahoo.com>
**To:** anglesmith4christ@yahoo.com
**Sent:** Friday, February 27, 2009 2:12:24 PM
**Subject:** David's Birthday Plans

Hello Angela,
Just following up with you concerning David's birthday. I spoke with him and we've tentatively decided to
have dinner here at the home next friday 3-6-09 around 6pm. I'll let u know if anything changes. Feel free
to contact me with any other questions.

Darrell

SMITH 003670

**From:** Facebook <fbmessage+z1c6vpf@facebookmail.com>;
**To:** Angela Smith <angiesmith4christ@yahoo.com>;
**Subject:** King David sent you a message on Facebook...
**Sent:** Sat, Jul 17, 2010 12:02:37 AM

King sent you a message.

(no subject)

"Hi sister, how u doing? how is HotLanta, Holla @ cha Boi Luv U sis"

To reply to this message, follow the link below:
http://www.facebook.com/n/?inbox%2Freadmessage.php&t=1366083304761&mid=2aaf04bG1e
0b9ae9G4f3057bG0&n_m=angiesmith4christ%40yahoo.com

Find people from your Yahoo address book on Facebook! Go to:
http://www.facebook.com/n/?find-
friends%2F&ref=email&mid=2aaf04bG1e0b9ae9G4f3057bG0&n_m=angiesmith4christ%40yah
oo.com

This message was intended for angiesmith4christ@yahoo.com. Want to control which emails
you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications=1&md=bXNnO2Zyb209MTU5MjUzO
TQxNzt0PTEzNjYwODMzMDQ3NjE7dG89NTA0MDc3MDMz
Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

SMITH 003671

**From:** Facebook <fbmessage+z1c6vpf@facebookmail.com>;
**To:** Angela Smith <angiesmith4christ@yahoo.com>;
**Subject:** King David sent you a message on Facebook...
**Sent:** Sun, Aug 8, 2010 5:08:29 PM

King sent you a message.

Subject: Pumpkin

"Hey sister, how have u been? i have a number you can call me at- 612 408 3640 or 651 523 9005- what's new, anything exciting for O's Bday?"

To reply to this message, follow the link below:
http://www.facebook.com/n/?inbox%2Freadmessage.php&t=1173015022853&mid=2c8e1bbG1 e0b9ae9G5177a51G0&n_m=angiesmith4christ%40yahoo.com

Find people from your Yahoo address book on Facebook! Go to:
http://www.facebook.com/n/?find-friends%2F&ref=email&mid=2c8e1bbG1e0b9ae9G5177a51G0&n_m=angiesmith4christ%40yahoo.com

This message was intended for angiesmith4christ@yahoo.com. Want to control which emails you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications=1&md=bXNnO2Zyb209MTU5MjUzO TQxNzt0PTExNzMwMTUwMjI4NTM7dG89NTA0MDc3MDMz
Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

SMITH 003672

**From:** Facebook <fbmessage+z1c6vpf@facebookmail.com>;
**To:** Angela Smith <angiesmith4christ@yahoo.com>;
**Subject:** King David commented on your note "I love my family and want to stay in touch!".
**Sent:** Fri, Aug 13, 2010 3:14:56 AM

King David commented on your note "I love my family and want to stay in touch!".

King wrote:
"that would be spendid, i also use FB and its a good way to stay or get in contact with me "

Reply to this email to comment on this note.

To see the comment thread, follow the link below:
http://www.facebook.com/n/?note.php¬e_id=440109127416&comments&mid=2ceb5deG1e0b9a
e9G51f40d2Gd&n_m=angiesmith4christ%40yahoo.com

Thanks,
The Facebook Team

Find people from your Yahoo address book on Facebook! Go to: http://www.facebook.com/find-friends/?ref=email

This message was intended for angiesmith4christ@yahoo.com. Want to control which emails
you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications=1&md=bm90ZV9jb21tZW50O2Zyb20
9MTU5MjUzOTQxNztub3RlX2lkPTQ0MDEwOTEyNzQxQxNjt0bz01MDQwNzcwMzM=
Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

SMITH 003673

**From:** Facebook <fbmessage+z1c6vpf@facebookmail.com>;
**To:** Angela Smith <angiesmith4christ@yahoo.com>;
**Subject:** King David posted something on your Wall.
**Sent:** Wed, Aug 18, 2010 5:33:29 PM

King David posted something on your Wall.

King wrote:
"Hi Sister, just wishing you a great day hey have you talked to Cliff or Renault"


Reply to this email to comment on this post.

To see your Wall and reply to posts, follow the link below:
http://www.facebook.com/n/?profile.php&id=504077033&v=wall&story_fbid=424089912033&mid=2d61697G1e0b9ae9G529da1bG1&n_m=angiesmith4christ%40yahoo.com

Thanks,
The Facebook Team


Find people from your Yahoo address book on Facebook! Go to:
http://www.facebook.com/find-friends/?ref=email

================================================
This message was intended for angiesmith4christ@yahoo.com. Want to control which emails you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications=1&md=d2FsbDtmcm9tPTE1OTI1Mzk0MTc7dG89NTA0MDc3MDMz
Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

SMITH 003674

**From:** Facebook <fbmessage+z1c6vpf@facebookmail.com>;
**To:** Angela Smith <angiesmith4christ@yahoo.com>;
**Subject:** King David sent you a message on Facebook...
**Sent:** Wed, Sep 1, 2010 5:58:47 AM

King sent you a message.

"Hey sister, how was your day? fine i hope, hey Jaimie Baby's Mother is thinking of moving to Atlanta, i referred her to you, so if she contact you via FB you will know where she came from, she is a Christian sister and is wondering how to transfer from MN to Atlanta and she is also looking for a good church home. Her name is Latoya and she is just about to Graduate in about a week or so; so if she contact you about Atlanta know that i referred her to you/ So your B-day is right around the corner/ what do u have planned right me back and say HI
Love U"

To reply to this message, follow the link below:
http://www.facebook.com/n/?inbox%2Freadmessage.php&t=1409431280143&mid=2e7e8c5G1e
0b9ae9G54bb583G0&n_m=angiesmith4christ%40yahoo.com

Find people from your Yahoo address book on Facebook! Go to:
http://www.facebook.com/n/?find-
friends%2F&ref=email&mid=2e7e8c5G1e0b9ae9G54bb583G0&n_m=angiesmith4christ%40ya
hoo.com

==========================================

This message was intended for angiesmith4christ@yahoo.com. Want to control which emails you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications=1&md=bXNnO2Zyb209MTU5MjUzO
TQxNzt0PTE0MDk0MzEyODAxNDM7dG89NTA0MDc3MDMz
Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

SMITH 003675

**From:** Facebook <update+z1c6vpf@facebookmail.com>;
**To:** Angela Smith <anglesmith4christ@yahoo.com>;
**Subject:** Kirk Foster commented on King David's wall post.
**Sent:** Wed, Mar 2, 2011 6:08:56 AM

facebook

Hi Angela,
Kirk Foster commented on King David's wall post.
Kirk wrote: "damn yes he prolly would kick it wit me lol!he always loved going on road trips!!!@angie he always spoke so highly of you...he always admired you"

See Comment

See the comment thread

Reply to this email to comment on this post.
Thanks,
The Facebook Team

The message was sent to anglesmith4christ@yahoo.com. If you don't want to receive these emails from Facebook in the future, you can unsubscribe.
Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

SMITH 003676

7/22/12                    Modgnik Nogard (King David) | profile comments on Myspace

| Search People |                                          Sign out



# King David's Comments

3  Friends      Like

                                              Find friends

Profile

Photos                     **Comments**

Stream

Friends

Comments



**Brittany Jackson**
hey pumpkin its 6/8/11 and u been gne 4 8 months...dam men dis shyt crazy
cuz i miss u so much...trust me since u ben gne its ben da most hardest 8months
w3 out us jst kont belive dat u nt here no more i miss ur voice ur hug da
smiles u pt on my face awil dat i knw u in a beta place and i have no otha
choice bt to except da fact dat u r nt wit me n da real world bt ima continue to
keep ur wise words n mind and grant ur wish to kum tru no hables skalla high
skwl stup up like a carseal finish high skwl go to college n ba da best
person dat i kan. And stay outa troubl.u jst dk knw hard life ben wit out u 4
me i have no one ta tawk to dat will actually listen and help me u were my
... Show more
Reply · Comment Back 1 year ago



**Brandys Strong**
Jus stopping by to say hi and we all miss you. I know you n a better place
now, but I wish you was stil here wch all of us making us laugh
Reply · Comment Back 1 year ago

**Brandys Strong**
RIP David we love you and you wil always be in our hearts. I cant believe you
gone too soon, but I know you in a better place now GOD waiting for you to
enter his Kingdom. Your nephews and nieces love you like crazy and Braylan
is realy crazy about you yall was close. I will see you again and when I do I
want you to be there with open arms to greet me that day will come and I will
be waiting your sis Brandys Strong
Reply · Comment Back 1 year ago

**Brandys Strong**
We love you David from Brandys,Derrick,Braylan,Daxiana and Davelan
Reply · Comment Back 1 year ago



**shkitotalforce**
What up fam. Squeezing thru, wanting to return the support and love. Check
out our tunes; positve, dope h/p hop wch a real message. Stop by, and let us
know what you think. Much love.
Reply · Comment Back 2 years ago

MySpace

Player is open

your cats as of yet but I dnt want you to think I forget about u! love u, call u
when my new one comes in the mail-neka
Reply · Comment Back 2 years ago



dave m3 s mob

Reply · Comment Back 2 year ago



**Brittany Jackson**
This comment was sent by your friend via the Kiss Me app. To block this app
and all communications from it, click Here

...........................................

SMITH 003677

7/22/12                    Modgnik Nogard (King David) | profile comments on Myspace



... Show more
Reply . Comment Back 2 years ago

 Brittany Jackson
*This comment was sent by your friend via the Kiss Me app. To block this app and all communications from it, click Here.*

---



... Show more
I love u so much that I had to give u a big jucie kiss and if u love me u would send me one back
Reply . Comment Back 2 years ago

 DaXXin in thE TwiN CiT...





Reply . Comment Back 2 years ago

 Walker



Reply . Comment Back 2 years ago

 Wiser than Most
I miss you cuz. When are you going to come visit me?
Reply . Comment Back 3 years ago

 Wiser than Most
*This comment was sent by your friend via the Hotties For Sale! app. To block this app and all communications from it, click Here*

---

Wiser than Most wants to buy you on Hotties for Sale.
CLICK HERE to show her you're out of her price range!

SMITH 003678

7/22/12

Modgnik Nogard (King David) | profile comments on Myspace



hey cuz You know I had to buy the sexiest man on myspace. GEt at me. Love you
Reply • Comment Back 3 years ago



Brandys Streng
Thanx he doing much better now. Talk to you soon:)
Reply • Comment Back 3 years ago

dave mils mob
WHATS UPKING I LOXT THE EMAIL BUT WHATS BEEN UP YOU GETTING GIGS YETS I DONT BE ON MYSPACE A LOT JUST SOME TIME THE KIDS ARE OK WE FIND A GET AT ASAP YUP
Reply • Comment Back 3 years ago



Wiser than Most
Hey cuz, I know I better be moved up on this friend list. fol You know how we do it fam. Love you lots. I miss you.
Reply • Comment Back 3 years ago



Joey Juarez
*This comment was sent by your friend via the Cheers!! app. To block this app and all communications from it, click Here.*

------------------------------
Hey King David, I am sending you a Kir Framboise.

... Show more
drink up enjoy its Christmas!
hahahahahahaahahhahahahahahahahahahahah
Reply • Comment Back 3 years ago



Joey Juarez
*This comment was sent by your friend via the Cheers!! app. To block this app and all communications from it, click Here.*

------------------------------
Hey King David, I am sending you a Grapefruit Mojito.

... Show more
This ones on me.Dont get 2 fucked up!
Reply • Comment Back 3 years ago



Drinkin in thE TwIN CIT...



... Show more
Reply • Comment Back 3 years ago



sluppo
*This comment was sent by your friend via the Hotties For Sale! app. To block this app and all communications from it, click Here.*

------------------------------

... Show more
Reply • Comment Back 3 years ago

www.myspace.com/373255547/comments

3/5

SMITH 003679

7/22/12                           Modgnik Nogard (King David) | profile comments on Myspace

 stuppo
This comment was sent by your friend via the Cheers!! app. To block this
app and all communications from it, click Here.

----------------------------------
Hey King David, I am sending you a Singapore Sling.

... Show more
Reply . Comment Back 3 years ago

 stuppo
This comment was sent by your friend via the Cheers!! app. To block this
app and all communications from it, click Here.

----------------------------------
Hey King David, I am sending you a Seabreeze.

... Show more
Reply . Comment Back 3 years ago

 stuppo
This comment was sent by your friend via the Cheers!! app. To block this
app and all communications from it, click Here.

----------------------------------
Hey King David, I am sending you a Cointreau Bubbles.

... Show more
Reply . Comment Back 3 years ago

 stuppo
This comment was sent by your friend via the Cheers!! app. To block this
app and all communications from it, click Here.

----------------------------------
Hey King David, I am sending you a White Lady.

... Show more
Reply . Comment Back 3 years ago

 Modgnik Nogard
what's up Bra, trying to get me drunk I see, hey have a happy and safe Xmas,
Peace
Reply . Comment Back 3 years ago

 stuppo
This comment was sent by your friend via the Cheers!! app. To block this
app and all communications from it, click Here.

----------------------------------
Hey King David, I am sending you a Orange Blossom.

... Show more
Reply . Comment Back 3 years ago

 stuppo
This comment was sent by your friend via the Cheers!! app. To block this
app and all communications from it, click Here.

----------------------------------

SMITH 003680

7/22/12

**Modgnik Nogard (King David) | profile comments on Myspace**

Hey King David, I am sending you a Red Russian.

... Show more

Reply . Comment Back 3 years ago

 **sluppo**
This comment was sent by your friend via the Cheers!! app. To block this app and all communications from it, click Here.

Hey King David, I am sending you a Cranberry Surprise.

... Show more

Reply . Comment Back 3 years ago

| Around Myspace | Also on Myspace | What's Trending | What's Trending | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Movies | Comic-Con 2012 | Joseph Gordon-Levitt GQ | Sign up | Help & FAQs |
| New Music Player | Celebrity | Aurora Dark Knight Shooting | Jeremy Renner Bourne Legacy | About us | Privacy Policy |
| Radio | Television | Lady Gaga Naked | Randy Blythe In Custody | Terms | Safety Tips |
| Artists | Events | Madonna Cancels Tour | Bryan Cranston Total Recall | Privacy Policy | Sync |
| Albums | Themes | The Dark Knight Rises | #StepUpMob | Learn more | Facebook Connect |
| Songs | M | Spice Girls Reunite | Russell Brand on Perry | | Developers |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | | Advertisers |
| | | Coachella Cruise | Charlie Sheen 'American Idol' | | Press Room |

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country: United States (English)

www.myspace.com/373255547/comments

SMITH 003681

7/22/12

Modgnik Nogard (King David) on Myspace

| Search People | Sign out



**King David**

:3 | Friends : | Like

Add Comment • Send Message

Profile
Photos
Stream
Friends
Comments

“ Studying right now ” Mood: neutral 😐 8:32 AM Oct 8, 2009

## Stream

All   Music   Videos   Photos   Tracks   Status   More ▾

### No recent updates in this category.

Why not...
Find new friends to get more updates
Check out what's new on Myspace

## Comments




Brittany Jackson
hey pumpkin its 6/8/11 and u been gne 4 8 months...common dis shyt crazy cuz imo so much...trust mo since u ben gne its ben da mst hardest 8months wit cuz u just kant beleve dat u nt here no more i miss ur voice ur hug da smilas u pt on my face aw i cant know u n a beta place and i have no otha choice bt to except da fact dat u r nt wit mo n da real world bt ima continue to keep ur wise words n mind and grant ur wish to kumtru no babtes til afta high skowl i strap up lke a carseat finish high skowl i go to colege n be da best person dat i kan. And stay outa troubleu jst lik how hard life ban wit cuz u no i have no one to tawk to dat wil actually listen and help me u were my
... Show more
Reply · Comment Back 1 year ago


Brandys Strong
Jus stopping by to say hi and we all miss you. I know you n a boter place now, but I wish you was still here with all of us making us laugh
Reply · Comment Back 1 year ago

Brandys Strong
RIP David we love you and you will always be in our hearts. I cant beleve you gone too soon, but I know you in a better place now. GOD waiting for you to enter his Kingdom. You r nephew and nieces love you lke crazy and Braylon

be waiting your sis Brandys Strong
Reply · Comment Back 1 year ago


Brandys Strong
We love you David from Brandys, Derrick, Braylon, Destiny and Davelon
Reply · Comment Back 1 year ago


shiripital force
What up fam. Squeezing thru, wanting to return the support and love. Check out our tunes; post live, dope hip hop with a real message. Stop by, and let us know what you think. Much love.
Reply · Comment Back 2 years ago


Taneka Hurns
hey cuzof wrats goin on? my phone is broken so i havent been able to return your call as of yet but i cnt wait you to trick i forgot about u! love u. call u when my new one comes in the mail! -neka
Reply · Comment Back 2 years ago

dave mil s mob

### Top Friends (7)

King David has 36 friends.
View: All Online New Mutual

   

Tom Ander...   Josephine e...   dave mil s ...

  

mike m   Walter   Keke



CAUFI MU.

Open Player
Player is open

My Profile Playlist   More Playlists

View Full Playlist ▶

### Blurbs

**About me:**
And hels 2U Tha name is David, I am a registered student at Kaplan Professional Schools. I work hard in order to play hard, I enjoy Laughing, Long Conversations, Having a good tima and I Love Being around Positive People(it makes the Haters work harder). Other than that, I am pretty much a Logical, Relaxed and Rational Person, single and on here to meet old friends and new people so enjoy my World, The Kingdom Sincere David The King

**Who I'd like to meet:**
I would love to meet Rihanna, she is the sexxiest and most talented Being walking and flying through the earth!

SMITH 003682

7/22/12

Modgnik Nogard (King David) on Myspace

**Details**

Status: Single

Zodiac Sign: Pisces

Reply . Comment Back 2 years ago

Brittany Jackson
*This comment was sent by your friend via the Kiss Me app. To block this app and all communications from it, click Here.*

------------------------------------

... Show more
Reply . Comment Back 2 years ago

Brittany Jackson
*This comment was sent by your friend via the Kiss Me app. To block this app and all communications from it, click Here.*

------------------------------------

... Show more
I love u so much that I had to give u a big juicia kiss and if u love me u would send me one back
Reply . Comment Back 2 years ago

DRINKS in tHE TwrN CIT...

Nightclub Bar

YOURAREACODE.com

Reply . Comment Back 2 years ago

More                                                          10 of 20

**Badges**

_____

View all

SMITH 003683

7/22/12                           Modgnik Nogard (King David) on Myspace

## Interests

### General
My favorite artist would be Immortal Technique

### Music
Classical, Luther Vandross Anita Baker, Many old hits from the 60's (I love my childhood songs) orchestra( I play the violin and original bass) and symphony

### Movies
Poetic Justice, Crooklyn, Scarface, Why do fools fall in love

### Heroes
King Saul

## Zynga Poker

View App
Report App

| Around Myspace | Also on Myspace | What's Trending | What's Trending | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Movies | Comic-Con 2012 | Joseph Gordon-Levitt GQ | Sign up | Help & FAQs |
| New Music Player | Celebrity | Aurora Dark Knight Shooting | Jeremy Renner Bourne Legacy | About us | Privacy Policy |
| Radio | Television | Lady Gaga Naked | Randy Blythe in Custody | Terms | Safety Tips |
| Artists | Events | Madonna Cancels Tour | Bryan Cranston Total Recall | Privacy Policy | Sync |
| Albums | Themes | The Dark Knight Rises | #StopUptobb | Learn more | Facebook Connect |
| Songs | M | Spice Girls Reunite | Russell Brand on Perry | | Developers |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | | Advertisers |
| | | Coachella Cruise | Charle Sheen 'American Idol' | | Press Room |

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country:  United States (English)

SMITH 003684



7/22/12

Myspace

Search People

Sign out

RE: <No Subject>

I Replied: King David

Dave mills mcb says                                    Aug 17, 2010

whats up bro it been a while man myback I dont be on myspace like tha  but anyway how r you doing me ok brandys total out my car I know rigth  so Im mad about tha louis is in jail other then tha it goood

King David says                                        Aug 8, 2010

u online and I can't IM you I'm trying

Recommendations

Ahmad Givens
3 mutual friends
+ Friend

@prettynicki
2 mutual friends
+ Friend

Ryan Anthony
2 mutual friends
+ Friend

See All

I WOULD CUDDLE YOU SO HARD

Fab.   Shop Now! ▶

Open Player
Player is open

Around Myspace

Music
New Music Player
Radio
Artists

Also on Myspace

Movies
Celebrity
Television
Events

What's Trending

Comic-Con 2012
Aurora Dark Knight Shooting
Lady Gaga Naked
Madonna Cancels Tour

What's Trending

Joseph Gordon-Levitt GQ
Jeremy Renner Bourne Legacy
Randy Blythe in Custody
Bryan Cranston Total Recall

Join Myspace

Sign up
About us
Terms
Privacy Policy

Get Help

Help & FAQs
Privacy Policy
Safety Tips
Sync

SMITH 003685

7/22/12

## Myspace

| Albums | Themes | The Dark Knight Rises | #StepUpMob | Learn more | Facebook Connect |
| Songs | IM | Spice Girls Reunite | Russell Brand on Fury | | Developers |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | | Advertisers |
| | | Coachella Cruise | Charlie Sheen 'American Idol' | | Press Room |

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country: United States (English)

SMITH 003686

7/22/12                                         Myspace



Search People                                                    Sign out

[Reply] [Spam] [Delete]  ⋮ ▼        [Back to My Mail] [ ] [ ]

## I've kidnapped you to my slave in Mob World.

dave null s mob says                                    Jun 25, 2009

This message was sent by your friend via the Mob World app. To block this app and all
communications from it, click Here.

[Reply] [Spam] [Delete]  ⋮ ▼

### Recommendations


**Ahmad Givens**
3 mutual friends
+ Friend


**Ryan Anthony**
2 mutual friends
+ Friend


**@prettynicki**
2 mutual friends
+ Friend

See All



**Brand New Policy in Minnesota**
(July 2012) If you drive in Minnesota you better
read this... Learn More ▸
Insurance.Comparison.org

[Open Player]
Player is open

| Around Myspace | Also on Myspace | What's Trending | What's Trending | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Movies | Comic-Con 2012 | Joseph Gordon-Levitt GQ | Sign up | Help & FAQs |
| New Music Player | Celebrity | Aurora Dark Knight Shooting | Jeremy Renner Bourne Legacy | About us | Privacy Policy |
| Radio | Television | Lady Gaga Naked | Randy Blythe In Custody | Terms | Safety Tips |
| Artists | Events | Madonna Cancel's Tour | Bryan Cranston Total Recall | Privacy Policy | Sync |

SMITH 003687

7/22/12

Myspace

| Albums | Thomas | The Dark Knight Rises | #StepUpMob | Learn more | Facebook Connect |
| Songs | M | Spice Girls Reunite | Russell Brand on Perry | | Developers |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | | Advertisers |
| | | Coachella Cruise | Charlie Sheen 'American Idol' | | Press Room |

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country: United States (English)

www.myspace.com/my/mail/read/sent/351523956

2/2

SMITH 003688

7/22/12



Myspace

Search People

Sign out

Reply  Spam  Delete  | ▾

Back to My Mail

**Pumpkin**



Working David says

Brother what's good, write me and let me know what u been up to

Aug 8, 2010

Reply  Spam  Delete  | ▾

**Find Your Graduating Class**

1985
1975
1965
1955

classmates·com

**Recommendations**

Ahmad Givens
3 mutual friends

+ Friend

Ryan Anthony
2 mutual friends

+ Friend

@prettynicki
2 mutual friends

+ Friend

See All



Fab. Join Now! ▸

Open Player

Player is open



**Fast. Powerful. Effective. Norton 2012.**   Shop Now ▸
Get the #1-ranked online security that won't slow you down.

| Around Myspace | Also on Myspace | What's Trending | What's Trending | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Movies | Comic-Con 2012 | Joseph Gordon-Levitt GQ | Sign up | Help & FAQs |
| New Music Player | Celebrity | Aurora Dark Knight Shooting | Jeremy Renner Bourne Legacy | About us | Privacy Policy |
| Radio | Television | Lady Gaga Naked | Randy Blythe in Custody | Terms | Safety Tips |
| Artists | Events | Madonna Cancels Tour | Bryan Cranston Total Recall | Privacy Policy | Sync |

www.myspace.com/my/mail/read/inbox/441895773

1/2

SMITH 003689

7/22/12

Myspace

| Albums | Thomas | The Dark Knight Rises | #StepUpMob | Learn more | Facebook Connect |
| Songs | M | Spice Girls Reunite | Russel Brand on Perry | | Developers |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | | Advertisers |
| | | Coachella Cruise | Charlie Sheen 'American Idol' | | Press Room |

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country: United States (English)

SMITH 003690

7/22/12

 Myspace

Search People

Sign out

[Reply] [Spam] [Delete]  i ∨          [Back to My Mail] [ ] [ ]

### RE: Congrats

King David says                                                    Nov 27, 2008

Happy Thanksgiving lil Bra, what's going down today? have you been to momma's yet? tell everyone
that i said have a happy holiday weekend Peace

---------- Original Message ----------
From: s mob records
Date: Nov 23, 2008 11:52 AM

thanks yall i no whats up at me when you get the chances

---------- Original Message ----------
From: King David
Date: Nov 23, 2008 7:07 PM

Hey what's up and Congratulations to you and Brandis and the Family, i am so sorri that i have not
called you yet and wish you guys the best in life but please 4give me, i heard the baby is healthy and
came out 8 pounds! that is great and terrific, Remember my friend Eden, her sister is pregnant and is
about to have a baby in December, what if the baby is born on Mommas birth day? that would be nice,
well write me back and let me know if you guys have made some more tracks and music, Love Yall
and can't wait to see your new message

[Reply] [Spam] [Delete]  i ∨


Player is open


Read the latest talk from pet owners

"Your prices offer a substantial savings to
consumers. The site is user-friendly and
orders arrive quickly. Thank Youll!"
Bonnie
Monroeville, New Jersey

Place an order today over $39 and
GET FREE SHIPPING
1-800-PetMeds

**Recommendations**

 @prettynicki
2 mutual friends
+ Friend

 Ahmad Givens
3 mutual friends
+ Friend

 Ryan Anthony
2 mutual friends
+ Friend

See All

 zulily
NEW
 SHOP NOW
DAILY DEALS UP TO 90% OFF


| Around Myspace | Also on Myspace | What's Trending | What's Trending | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Movies | Comic-Con 2012 | Joseph Gordon-Levitt GQ | Sign up | Help & FAQs |
| New Music Player | Celebrity | Aurora Dark Knight Shooting | Jeremy Renner Bourne Legacy | About us | Privacy Policy |
| Radio | Television | Lady Gaga Naked | Randy Blythe in Custody | Terms | Safety Tips |
| Artists | Events | Madonna Cancels Tour | Bryan Cranston Total Recall | Privacy Policy | Sync |

SMITH 003691

7/22/12

Myspace

| | | | | |
|---|---|---|---|---|
| Albums | Themes | The Dark Knight Rises | #StepUpMob | Learn more |
| Songs | M | Spice Girls Reunite | Russell Brand on Perry | |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | |
| | | Coachella Cruise | Charlie Sheen 'American Idol' | |

Facebook Connect
Developers
Advertisers
Press Room

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country:  United States (English)

SMITH 003692

7/22/12



## RE: I've kidnapped you to my slave in Mob World.

King David says
what's good young Bra, how everything going in your world

——————— Original Message ———————
From: s mob records
To: King David
Date: Jun 26, 2009 10:53 AM
Subject: RE: I've kidnapped you to my slave in Mob World.

ahhhhhhhhhhhhh lol whats up bro

——————— Original Message ———————
From: King David
To: s mob records
Date: Jun 26, 2009 10:08 AM
Subject: RE: I've kidnapped you to my slave in Mob World.

i broke free and now i am in search of you

——————— Original Message ———————
From: s mob records
To: King David
Date: Jun 25, 2009 9:25 AM
Subject: I've kidnapped you to my slave in Mob World.

This message was sent by your friend via the Mob World app. To block this app and all
communications from it, click Here.

SMITH 003693

7/22/12

Albums
Songs
Playlists

Themes
M

Myspace

The Dark Knight Rises
Spice Girls Reunite
Hunger Games Catching Fire
Coachella Cruise

#StepUpMob
Russell Brand on Perry
Pete Doherty Rehab
Charlie Sheen 'American Idol'

Learn more

Facebook Connect
Developers
Advertisers
Press Room

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country: United States (English)

SMITH 003694

Myspace

Home  Profile  Artist ▾  |  Search People          Music  Video  Games  Photos  Friends        Sign out



Reply | Spam | Delete ▸ | ▾                    Back to My Mail

### RE: Re: RE: Congrats

 King David says                                                    Mar 13, 2009

wuts good and wuts hood have you made any more tracks? I heard you been doing some work with
SeanG whats up with that



———— Original Message ————
From: s mob records (80720580)
To: King David
Date: Jan 11, 2009 3:09 PM
Subject: RE: Re: RE: Congrats

I have been working that why I dont get back I bearly get on the computer any more christmas I was ok
some u trying to make christmas everyday ahhhhh love u bra get back later

———— Original Message ————
From: King David
Date: Dec 28, 2008 12:13 PM

what's up bro, so what da bizness is wit you and Tpain, why yall beefin, hit me back, how was christmas?
write me and let me know what's good
———— Original Message ————
From: s mob records
Date: Dec 17, 2008 5:33 PM

ok i got i love you too im going to start on tha face book

———— Original Message ————
From: King David
Date: Dec 17, 2008 10:58 AM

I feel you i see that there are alot of people liking and loving what you do out there in the music world so
keep doing ya thing cuz i like it too, hopefully you will send me some of your new tracks and old tracks
cuz some of the old one i wanted to bring up here are not even on my shit. so hit me up more often dude,
it be taking you 4eva to write back, tell my niece and nephews i love them and show them my love
Ilova take care and good luck and build you a facebook page so that more people can hear what you
doing
Peace

———— Original Message ————
From: s mob records
Date: Dec 16, 2008 2:03 PM

SHIT TRYING TO GET BYE U SOME O SOME TRYING TO MAKE MUSIC IM TRYING TO GET A
RECORD DEAL OR SOMETHING LIKE THAT

———— Original Message ————
From: King David
Date: Dec 13, 2008 8:58 AM

Whaddup, just stoppin by to say hi, ttyl

———— Original Message ————
From: s mob records
Date: Dec 2, 2008 2:17 AM

all knoll shit busy i dont check tha message a lot just looking o music play im sorry it was fun I had to
work after so it was kool how was yours............ mom bday is this week my number is 3099601023 call
me some time
Open Player  ———— Original Message ————

Recommendations

 AHmad Givens
3 mutual friends
+ Friend

 Ryan Anthony
2 mutual friends
+ Friend

 @prettynicki
2 mutual friends
+ Friend

See All


Office 2010
MAKE IT GREAT WITH...
the NEW
Office Professional 2010
LEARN MORE

Myspace

Page 2 of 2

From: King David
Date: Nov 23, 2008 9:53 PM

Search People

Music   Video   Games   Photos   Friends          Sign out

What's up Bro, you haven't wrote me back, what's up that? well how was Thanksgiving? holla back
when you can though, aight, I'll holla, Peaca
———— Original Message ————
From: s meb records
Date: Nov 23, 2008 10:52 AM

thanks yall I no whats up a get at me when you get the chances

———— Original Message ————
From: King David
Date: Nov 22, 2008 7:07 PM

Hey what's up and Congratulations to you and Brandis and the Family, I am so sorri that I have not called
you yet and wish you guys the best in life but please 4give me, I heard the baby is healthy and came out
8 pounds! that is great and terrific. Remember my friend Eden, her sister is pregnant and is about to have
a baby in December, what if the baby is born on Mommas birth day? that would be nice, well write me
back and let me know if you guys have made some more tracks and music, Love Yall and can't wait to
see your new message

[ Reply ]   Spam   Delete    ↕ ▼

■T■ Microsoft Store          MAKE IT GREAT WITH...     Microsoft
                             Office Professional 2010   [ BUY NOW! ]

| Around Myspace | Also on Myspace | What's Trending | What's Trending | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Movies | Comic-Con 2012 | Joseph Gordon-Levitt GQ | Signup | Help & FAQs |
| New Music Player | Celebrity | Aurora Dark Knight Shooting | Jeremy Renner Bourne Legacy | About us | Privacy Policy |
| Radio | Television | Lady Gaga Naked | Randy Blythe In Custody | Terms | Safety Tips |
| Artists | Events | Madonna Cancels Tour | Bryan Cranston Total Recall | Privacy Policy | Sync |
| Albums | Themes | The Dark Knight Rises | #StepUpWeb | Learn more | Facebook Connect |
| Songs | IM | Spice Girls Reunite | Russell Brand on Perry | | Developers |
| Playlists | | Hunger Games Catching Fire | Pete Doherty Rehab | | Advertisers |
| | | Coachella Cruise | Charlie Sheen 'American Idol' | | Press Room |

Copyright © 2003-2012 Myspace LLC  All Rights Reserved                    Report Abuse | Change Country:  United States (English)

[ Open Player ]

7/22/2012

SMITH 003696

7/22/12                                    Myspace


FREE Gift Card with pet food purchase
Click here for coupon
MILLS FLEET FARM

RE: its pumpkin

1 Replied: King David


dave mils mob says                                        Aug 24, 2009



King David says                                           Aug 23, 2009
ok do that, i am doing somethings with music this semester and also Legal Office Specialist. well my
number is 612 366 2743 holla back
1

dave mils mcb says                                        Aug 22, 2009
ok i will i got to ask brandys what it is so what you going to school for

King David says                                           Aug 21, 2009
nothing much about to start school next week, what's good with you, how is SMob going? when you get
your number leave it for me mine is 612 366 2743

dave mils mcb says                                        Aug 21, 2009
ok cool i have new one two but i dont know it of the back  so what s been up

King David says                                           Aug 18, 2009
what's up bra, how u been doing, how is SMOB records going? man i just wanted to give you my new
number so you can holla at me. 612 366 2743- if u lose it then get it from Desmond

**Recommendations**


AHmad Givens
3 mutual friends
+ Friend

@prettynicki
2 mutual friends
+ Friend

Ryan Anthony
2 mutual friends
+ Friend                                                  See All

Reply | Spam | Delete   ▼



Player is open

Around Myspace        Also on Myspace      What's Trending        What's Trending            Join Myspace       Get Help

Music                 Movies               Comic-Con 2012         Joseph Gordon-Levitt GQ    Sign up            Help & FAQs
New Music Player      Celebrity            Aurora Dark Knight Shooting  Jeremy Renner Bourne Legacy  About us      Privacy Policy

www.myspace.com/my/mail/read/sent/357351612                                                                      1/2

SMITH 003697

7/22/12

Myspace

Radio
Artists
Albums
Songs
PlayLists

Television
Events
Themes
IM

Lady Gaga Naked
Madonna Cancels Tour
The Dark Knight Rises
Spice Girls Reunite
Hunger Games Catching Fire
Coachella Cruise

Randy Blythe in Custody
Bryan Cranston Total Recall
#StepUpMob
Russell Brand on Perry
Pete Doherty Rehab
Charlie Sheen 'American Idol'

Terms
Privacy Policy
Learn more

Safety Tips
Sync
Facebook Connect
Developers
Advertisers
Press Room

Copyright © 2003-2012 Myspace LLC. All Rights Reserved

Report Abuse | Change Country:  United States (English)

JUL-18-2012  11:33   GASKINS BENNETT BIRRELL                    66412 333 5579   P.02/02
To: 6123333579        From: "Gomez, Leila"              07/10/12 12:23 PM   Page  2 of 2

## AMENDMENTS



1ST

5TH

6TH

10TH

13TH                              Abolished slavery

14TH            Thank        Guarantees equal protection and due process of law
                 you                    to all citizens

15TH                          Gave former slaves who were male the right to vote

SMITH 003699

Select messages to forward.

| Forward | Cancel |

Select messages to delete.

| | Delete Selected | Cancel |
Delete All



8 minutes ago

**Angela Smith**



August 10, 2010

**King David**

Okay sister



September 1, 2010

**King David**

Hey sister, how was your day? fine i hope, hey Jaimie Baby's Mother is thinking of moving to Atlanta, I referred her to you, so if she contact you via FB you will know where she came from, she is a Christian sister and is wondering how to transfer from MN to Atlanta and she is also looking for a good church home. Her name is Latoya and she is just about to Graduate in about a week or so; so if she contact you about Atlanta know that i referred her to you/ So your B-day is right around the corner/ what do u have planned right me back and say HI
Love U



September 1, 2010

**Angela Smith**

SMITH 003700

- Sorry I fell asleep while fb surfing last night! Lol
  I am doing well. How are you? I will be on the lookout for Latoya. I can't believe that I will be 32 in 12days! & you better not say I'm getting old! Lol!! I plan on taking a trip to Denver to see Tiko and her family! I'm excited!

- 

September 2, 2010

## King David

- okay sister, Denver wow, Jay has some family there too, they are a pretty nice couple

SMITH 003701