**Theodore C. Chan, MD, FACEP**
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

December 13, 2012

Burt T. Osborne
Assistant City Attorney
Office of the City Attorney
350 South 5th Street, room 210
Minneapolis, MN  55415

RE:    Smith vs. City of Minneapolis, No. 11-CV-03071.

Dear Mr. Osborne:

At your request, below is a written summary of my opinions regarding the above named case. My opinions are based on my training, experience and research as a Professor of Emergency Medicine in the Department of Emergency Medicine at the University of California San Diego School of Medicine and Health System.  I have conducted numerous human research studies on the topic of restraint physiology and less lethal weapons that have been published in peer-reviewed medical journals and presented at national medical meetings and scientific assemblies.  I am also a practicing emergency physician, board-certified in the specialty of emergency medicine, and a Fellow of the American College of Emergency Physicians and American Academy of Emergency Medicine.

In formulating my opinions regarding the specific issues of this case, I have relied upon my own scientific and clinical research on restraint physiology, a review of the current medical and scientific literature relevant to this case, and the specific materials you forwarded me regarding the above named case, including the Hennepin County Medical Examiner's report, Report from the office of the Ombudsman for Mental Health and Developmental Disabilities, Minneapolis Police Department report; CD of pen camera video; EMS agency report; medical records from Fairview Southdale and Hennepin County Medical Center; and expert reports of William Manion, Michael Berkow, John Ryan, and Michael Baden. Except as noted, my opinions and testimony will be to a reasonable degree of medical certainty.  If additional pertinent information is revealed and provided to me subsequent to this letter, my opinions may change.

Briefly, Mr. Smith was a 28 year-old man with a history of underlying psychiatric disorder and polysubstance dependence who was involved in an altercation and combative struggle with law enforcement personnel on September 9, 2010.  Mr. Smith was at a YMCA gym behaving in an erratic manner for which Minneapolis Police officers were called to the scene. Officers Callahan and Gorman found Mr. Smith

1

EXHIBIT

33

### Theodore C. Chan, MD, FACEP
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

uncooperative and resisting their efforts to engage with him, subsequently leading to a combative struggle. During the struggle, the officers tazed Mr. Smith multiple times and finally subdued and restrained him in a prone position.

After the struggle, Mr. Smith became unresponsive and without a pulse. Officers initiated CPR efforts at that time. Shortly thereafter, paramedics arrived to find Mr. Smith in cardiac arrest. Advanced cardiac life support (ACLS) measures were initiated including intubation and intravenous medications, after which there was a return of spontaneous circulation in the field. Mr. Smith was subsequently transmitted to Hennepin County Medical Center where resuscitative and care measures were continued in the Emergency Department and he was admitted to the Intensive Care Unit. Despite these efforts, Mr. Smith remained unresponsive with minimal brainstem function. After 8 days of hospitalization, supportive measures were withdrawn and Mr. Smith subsequently died on September 17, 2010.

An autopsy was conducted by the Hennepin County Medical Examiner's office. The immediate cause of death was reported as anoxic encephalophaty due to cardiopulmonary arrest and mechanical asphyxia with significant conditions of prone restraint position, mixed chlorpheniramine and dextromethorphan intoxication, schizoaffective disorder, recent conducted energy device use, and physical exertion during struggle.

By way of background, mechanical asphyxia related to prone restraint has also been known as positional asphyxia, a term that was initially used to describe the deaths of individuals who were found in body positions that compromised respiratory function. Most commonly, these cases involved individuals in whom their position led to obstruction of the upper airway (such as from extreme head-neck hyperflexion) and who were alcohol intoxicated (to the point of being unable to remove themselves from the lethal position).[1] In the late 1980s, the term positional asphyxia or restraint asphyxia was applied as a cause of death in reports of sudden deaths that occurred to persons who were being restrained while in custody. Proponents of this theory argued that individuals placed in the hobble position (hogtie, hobble or prone restraint position in which individuals were placed prone on their stomach with wrists handcuffed behind the back and ankles secured to the handcuffs) were unable to breathe because the position caused chest wall and abdominal restriction that prevented adequate expansion of the lungs and subsequently led to asphyxiation. However, many argued that other factors played a greater role in causing these deaths reported in the medical literature.

There is little scientific evidence to support the notion that prone restraint results in life-threatening respiratory compromise or asphyxiation. The theory of positional asphyxia as applied to custody restraint was largely based on the work of Reay et al, who studied 10 healthy subjects after exercise and found delayed recovery of blood oxygen levels and heart rate in the hobble position.[2] We conducted a more comprehensive study investigating the effects of body position on respiratory function after exertion that was published in the Annals of Emergency Medicine and reviewed in another article published in the American Journal of Forensic Medicine and Pathology.[3,4] In our study

**Theodore C. Chan, MD, FACEP**
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

involving 15 human volunteers, we studied respiratory function in the sitting, supine (laying on the back), prone (laying on the stomach), and hobble position. While we found a slight progressive decrease in pulmonary function (the amount of air movement in the lungs), these changes were within normal range. Accordingly, we found no evidence of decreased blood oxygen levels or increased carbon dioxide levels (to suggest inadequate ventilation) in the hobble position. These findings have been confirmed by other independent investigators who found no significant decrease in blood oxygen levels in individuals placed in similar restraint positions.[5,6]

As a result of this evidence, Dr. Reay, one of the chief proponents of the positional asphyxia theory with custody restraint, has written that "the hog-tied prone position should be viewed as not producing significant physiologic respiratory compromise, and it does not produce any serious or life-threatening respiratory effects".[7] Moreover, a recent, large epidemiologic study of over 1000 police restraint cases found no association between prone positioning and death or asphyxiation.[8] Mr. Smith was not restrained in the hogtie position, but in the less restrictive prone position. Moreover, law enforcement personnel noted, and videotap appears to confirm, that he was breathing and vocalizing after he was restrained in the prone position, indicating he was not at risk for respiratory compromise to the point of asphyxiation as a result of his restraint position.

While Mr. Smith was being restrained, Officer Gorman, who weighed approximately 160 lbs, placed his knee on Mr. Smith's shoulder. It is unclear what weight force if any may have been applied to Mr. Smith's chest and thorax as a result of this action. So-called mechanical asphyxia from compression refers to the notion that additional weight force during the restraint causes greater respiratory compromise to an individual that can lead to asphyxiation. However, the amount of force applied by this action does not appear on the video to be sufficient to cause significant compression of the thoracic cavity. Moreover, on autopsy, there was little evidence to suggest that he suffered any marked increased in intrathoracic cavity pressure as a result of weight force compression to his back, chest, or thoracic cavity. Again, personnel noted, and the videotape appears to confirm, that he was breathing or vocalizing after the struggle during the time force may have been applied.

We have conducted two studies investigating the effect of weight force while restrained on human volunteers. In our initial study, we found no evidence of hypoxia (decrease in oxygen levels) or hypoventilation (increase in carbon dioxide levels) in human subjects on whom moderate amounts of weight were placed on their back in the prone restraint position.[9] In our subsequent study, we placed up to 225 pounds of weight force on human subjects in the prone restraint position and found no life-threatening abnormalities in ventilation.[10] These results are consistent with other investigators who have conducted similar weight force studies on the prone restraint position and found no evidence of hypoxia to indicate risk for asphyxiation.[11]

**Theodore C. Chan, MD, FACEP**
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

In conclusion, it is my opinion that mechanical asphyxia from prone restraint or compression did not cause respiratory compromise or asphyxiation that would have led to Mr. Smith's death.

In accordance with the Rules of Civil Procedure, my compensation for services rendered in association with this case are $450/hour, including travel time and expenses.  Prior cases in which I have provided testimony over the past four years are: Chavez v. City of Los Angeles, 2008; Medina v. City of Los Angeles, 2008; McCullaugh v. Summit County, et al., Ohio, 2009; Marquez v. City of Phoenix, Arizona, 2009; La Blanc v. City of Los Angeles, et al., 2010; Martin v. Broadview Heights, Ohio, 2010; Petrisor v. City of Bellevue, Washington, 2011; Gabales v. County of San Joaquin, 2011; Burdine v Kaiser, Ohio, 2011.

Should you have any further questions, please do not hesitate to contact me at any time.

Sincerely,

Theodore C. Chan, MD
Professor of Clinical Medicine
Medical Director
Department of Emergency Medicine
University of California San Diego Medical Center

**Theodore C. Chan, MD, FACEP**
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

## References

[1] Bell MD, Rao VJ, Wetli CV, et al: Positional asphyxiation in adults: a series of 30 cases from Dade and Broward County Florida medical examiner offices from 1982 to 1990. American Journal of Forensic Medicine and Pathology 1992; 13: 101.

[2] Reay DT, Howard JD, Fligner CL, Ward RJ: Effects of positional restraint on oxygen saturation and heart rate following exercise. American Journal of Forensic Medicine and Pathology 1989; 9: 16.

[3] Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Annals of Emergency Medicine 1997; 30: 578.

[4] Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. American Journal of Forensic Medicine and Pathology 1998; 19(3): 201.

[5] Schmidt P, Snowden T: The effects of positional restraint on heart rate and oxygen saturation. Journal of Emergency Medicine 1999; 17(5): 777.

[6] Parkes J: Sudden death during restraint: a study to measure the effect of restraint positions on the rate of recovery from exercise. Med. Sci. Law 2000; 40(1): 39.

[7] Reay DT: Death in custody. Clinics in Laboratory Medicine 1998; 18(1): 1.

[8] Hall CA, McHale AMD, Kader AS, et al: Incidence and outcome of prone positioning following police use of force in a prospective, consecutive cohort of subjects. J Forensic Leg Med 2012;19:83-9.

[9] Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004; 25(3):185-189.

[10] Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

[11] Cary NRB, et al: The effect of simulated restraint in the prone position on cardiorespiratory function following exercise in humans. J Physiol 1998;525:30p.

# CURRICULUM VITAE

## THEODORE CRAIG CHAN, M.D., FACEP, FAAEM

**OFFICE ADDRESS:**

Department of Emergency Medicine
UCSD Medical Center
200 West Arbor Drive
San Diego, CA 92103-8676

Phone:  (619) 543-6463
Fax:     (619) 543-3115
Email:   tcchan@ucsd.edu

**EDUCATION:**

Academic:
1983-87

B.A. in History with Highest Distinction in General Scholarship,
University of California, Berkeley
Berkeley, California

Medical School:
1988-92

M.D., University of California, San Francisco School of Medicine
San Francisco, California

Internship:
1992-93

Department of Internal Medicine
University of California, San Francisco Medical Center
San Francisco, California

Residency:
1993-96

Department of Emergency Medicine
University of California, San Diego Medical Center
San Diego, California (Chief Resident: 1995-96)

**LICENSURE:**   California Medical License Number G-78148, 1994

**BOARD CERTIFICATIONS:**

National Board of Medical Examiners, 1993

Diplomate, American Board of Emergency Medicine, 1997; Recertification 2007

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

American Medical Association, 1990

California Alumni Association, 1990

American College of Emergency Physicians, 1992

Society for Academic Emergency Medicine, 1996

Fellow, American College of Emergency Physicians, 1999

Fellow, American Academy of Emergency Medicine, 2005

## APPOINTMENTS:

| | |
|---|---|
| 7/06 - Present | Vice Chair and Associate Director, Department of Emergency Medicine, University of California, San Diego (UCSD) Medical Center |
| 7/05 - Present | Professor of Clinical Medicine, UCSD School of Medicine |
| 1/05 - Present | Medical Director and Clinical Service Chief, Emergency Department, UCSD-Hillcrest Medical Center |
| 1/05 - Present | Medical Director and Clinical Service Chief, Emergency Department, UCSD-Thornton Hospital |
| 4/99 - Present | Director, Custody Services, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, UCSD Medical Center |

## PREVIOUS EXPERIENCE:

| | |
|---|---|
| 1998-2008 | Medical Director, Metropolitan Medical Strike Team, County of San Diego |
| 7/96 – 7/06 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/01 – 6/05 | Quality Assurance Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/01 – 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 – 12/04 | Associate Medical Director, Emergency Department, UCSD-Hillcrest Medical Center and UCSD-Thornton Hospital |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 1994 - 1996 | Physician, Department of Emergency Medicine, Kaiser Permanente Medical Center, San Diego, California |
| 1994 - 1996 | Medical Consultant, Med America Health Resource, San Diego, California |
| 1/96 - 6/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service, UCSD Medical Center |
| 1987 - 1988 | Fellow, California State Senate, Senate Committee on Insurance, Claims and Corporations, Sacramento, California |
| 1986 | Intern, Office of the Assistant Surgeon General, Washington, D.C. |

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## CERTIFICATIONS:

Advanced Cardiac Life Support Provider, 1992-96

Advanced Cardiac Life Support Instructor, 1996

Pediatric Advanced Life Support (PALS) Provider, 1993

PALS Course Director for UCSD School of Medicine, 1996

Advanced Trauma Life Support Provider, 1993

HAZMAT Level I Training, 1996

## AWARDS:

| | |
|---|---|
| 1984 | Frank Kraft Award Scholarship, University of California, Berkeley |
| 1986 | Gordon Sproul Award Recipient, University of California, Berkeley |
| 1987 | Phi Beta Kappa, University of California, Berkeley |
| 1987 | University Medal Finalist, University of California, Berkeley |
| 1988 | California Senate Resolution of Commendation, Awarded by the Senate Rules Committee, August 22, 1988, Sacramento, California |
| 1996 | Outstanding Resident of the Year, Department of Emergency Medicine, University of California, San Diego Medical Center |
| 1996 | Resident Academic Achievement Award, Emergency Medicine Council of Residency Directors |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College ofEmergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Consultant for 1999-2000, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards, acknowledging dedicated effort to improve the quality of research published in the field of Emergency Medicine, and to the success of the journal |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2001 | Top Consultant for 2000-2001, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |

| 2002 | Top Consultant for 2001-2002, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| ---- | ---- |
| 2003 | Top Consultant for 2002-2003, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2005 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | 2005 Top Doctors, San Diego County Medical Society |
| 2005 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2006 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2006 | 2006 Top Doctors, San Diego County Medical Society |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2007 | 2007 Top Doctors, San Diego County Medical Society |
| 2008 | Finalist, Second Annual San Diego Health Care Champion Award, San Diego Business Journal |
| 2008 | 2008 Top Doctors, San Diego County Medical Society |
| 2008 | Outstanding Community Partner, Community Health Improvement Partners (CHIP), Hospital Association of San Diego and Imperial Counties |
| 2009 | Public Health Champion Finalist, County of San Diego Health and Human Services Agency |
| 2009 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2009 | Award Finalist for IMPACT-ED, 14th Annual Golden Watchdog Public-Private Parternship Award Finalist, San Diego County Taxpayers Association |
| 2009 | America's Top Emergency Medicine Physicians, Consumers' Research Council of America |
| 2010 | Health Care Champion Award, 2010, San Diego Business Journal |
| 2011 | 2011 Top Doctors, San Diego County Medical Society |

## CURRENT ACTIVITIES:

Physician Member, Disaster Medical Assistance Team (DMAT), SD, CA (CA-4), 1994

Reviewer, *Journal of Emergency Medicine*, Elsevier Science, Inc., 1994

Editor, Cardiology Section, *Journal of Emergency Medicine*, Elsevier Science, Inc., 1997

Point of Care Advisory Committee, UCSD Medical Center, 2000

Member, Editorial Board, *Emergency Medicine News*, Lippincott Williams & Wilkins, 2001

Member, Editorial Board, *Emergency Medicine Specialty Reports*, publication of American Health Care Consultants, Atlanta, Georgia, 2001

Chair, San Diego Foundation Disaster Board, 2002

Peer Reviewer, *Emergency Medicine Reports*, publication of American Health Care Consultants, Atlanta, Georgia, 2002

UCSD/San Diego Sheriff Security Working Group, 2003

Editor, *Clinical Briefs in Emergency Medicine*, publication of American Health Consultants, Atlanta, Georgia, 2003

Chair, Communications Subcommittee, Inpatient Task Force, UCSD Medical Center, 2005

Senior Reviewer, *Annals of Emergency Medicine*, Elsevier Science, Inc., 2005

Member, Professional Standings Committee, UCSD Medical Center, 2006

Member, Governor's Interagency Coordinating Council for the Prevention of Alcohol and Other Drug Problems - California Screening, Brief Intervention, and Referral to Treatment (CASBIRT) Subcommittee, 2007

Member, UCSD Inpatient Redesign Task Force, UCSD Medical Center, 2007

Member, California Screening Brief Intervention, Referral, and Treatment (CASBIRT), 2007

Reviewer, *American Journal of Emergency Medicine*, *Elsevier*, Inc., 2008

Member, ED/Pharmacy Review Committee, 2008

Vice Chair, UCSD Committee on Academic Personnel, 2009; Member since 2008

Member, Thornton Improvement Task Force, 2007

Member, CVC Facilities and Operations Committee, 2009

## PREVIOUS ACTIVITIES:

Seminar Coordinator, Health Policy Seminars, Interdepartmental Studies 130, University of California, Berkeley, 1985-87

Research Intern, International Debt Crisis Project, Institute of International Studies, Geneva, Switzerland, 1989

Student Rep, Legislation Committee, California Medical Association, 1989-90

Instructor, Science and Health Education Partnership Program, University of California, San Francisco School of Medicine, San Francisco Unified Public School District, 1989-91

Clinical Scholars Training, Peking Union Medical College, Beijing, China, 1992

Representative, Clinical Practice Guidelines Committee, Department of Emergency Medicine, UCSD Medical Center, 1994-96

Representative, Quality Assurance Committee, Department of Emergency Medicine, UCSD Medical Center, 1994-96

Representative, California Emergency Medicine Residents Association, 1995-96

Associate Editor, *Journal of Emergency Medicine*, Pergamon Press, 1996

Strike Team Leader, Disaster Medical Assistance Team, 1996

    Biological and Chemical Hazardous Materials Medical Support

    FBI/SWAT Team Medical Support

    1996 Atlanta Olympic Games

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Member, Managed Care Task Force, Society for Academic Emergency Medicine, 1997-98

Member, Steering Committee, CHIPS (Community Health Improvement Partners), Health Care Association of San Diego and Imperial Counties, 1997-2002

Project Co-coordinator, Influenza immunization program for New Americans in the Mid-City and City Heights communities, in conjunction with San Diego City Fire and Life Safety Services and Project Concern International, Fall 1998

Project Co-coordinator, 911 Educational Outreach Program for New Americans in the Mid-City and City Heights communities, in conjunction with San Diego City Fire and Life Safety

Services and Project Concern International, Fall 1998

Member, Pharmacy and Therapeutics Committee, UCSD Medical Center, 1998-99

Reviewer, *American Journal of Managed Care*, American Publishing Company, 1998-2001

Director, Emergency Department Clinical Resource Management, UCSD Medical Center, 1996

Co-Director, Pediatric Advanced Life Support Course, UCSD School of Medicine, 1997

Member, Research Subcommittee, Prehospital Audit Committee, San Diego County, 1997

Member, CPR Subcommittee, Prehospital Audit Committee, San Diego County, 1997

Member, Outpatient Clinical Guidelines Committee, UCSD Medical Center, 1998

Member, San Diego City EMS Oversight Committee, 1998

Member, San Diego City EMS Prehospital Cardiac Care Subcommittee, 1998

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998

Reviewer, *Annals of Emergency Medicine*, Mosby, 1999

Director, Continuing Quality Assurance Program, UCSD Emergency Department, 1999

Emergency Department Quality Improvement Representative, Patient Care Review Committee, UCSD Medical Center, 2000

Member, Bioterrorism Communication Collaborative, Department of Health and Human Services Agency, County of San Diego, 2001

Member, School of Medicine Graduate Medical Education Committee, 2001

Faculty Search Committee, Department of Emergency Medicine, UCSD Medical Center, 1999, 2001

Faculty, Twenty-first Annual Mammoth Mountain Emergency Medicine Conference, Mammoth Lakes, California, March 2001

Faculty, Third Annual ACEP Emergency Medicine Connection, San Diego, California, March 2001

Member, Health and Human Services Committee, San Diego Foundation, May 2001-2005

Associate Editor, *Emergency Medicine Alert*, publication of American Health Care Consultants, Atlanta, Georgia, 2000-2005

Member, Community Acquired Pneumonia Multidisciplinary Team, JCAHO Oryx Core Measurements, UCSD Medical Center, 2002-2006

Member, Acute Myocardial Infarction Multidisciplinary Team, JCAHO Oryx Core Measurements, UCSD Medical Center, 2002-2006

UCSD Committee on Affirmative Action and Diversity, Member 2004-2007, Vice-Chair 2005-2006, Chair 2006-2007

Member, UCSD Faculty Rights and Welfare Committee, 2006

Member, UCSD Academic Senate Council, 2006-2007

Member, UCSD Senate-Administration Council, 2006-2007

Member, US National Institute of Justice Less Lethal Technical Working Group, 2006

Institute of Medicine, Committee on Research Priorities in Emergency Preparedness and Response for Public Health Systems, 2007

Member, UCSD Department of Radiology Faculty Search Committee, 2007-2008

Member, Laboratory and Pathology Search Committee – 2007-2009

Member, CDC coordinating Office for Terrorism Preparedness and Emergency Response (CDC COPTER), Special Emphasis Panel for P01 RFA TP-08-001 (Preparedness and Emergency

Response Research Centers: A Public Health Systems Approach, July 2008

Member, USAMRMC Broad Agency Announcements Review Committee, 2009

## RESEARCH GRANT FUNDING:

1. Co-Principal Investigator with Dr. Tom Neuman, for study entitled, "Restraint Position and Positional Asphyxia." Study funded by the County of San Diego, Grant #94-1974R, 1995. Amount: $33,900.

2.    Principal Recipient, unrestricted grant from Cook, Incorporated for Research and Education on the Melcker Cricothyrotomy Kit, 1997-98.  Amount: $10,000.

3.    Co-Principal Investigator for study entitled, "Comparison of Respiratory Function in the Prone Maximal Restraint With and Without Additional Weight Force on the Back." American Academy of Forensic Sciences, with Doctors John Eisele, Jack Clausen, Tom Neuman and Gary Vilke, 1999-2000.  Amount: $3,000.

4.    Principal Investigator for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions."  Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99.  UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. 2001-02.  Amount: $128,176.

5.    Co-Principal Investigator for study entitled, "Improving Access, Awareness and Use of the California Regional Poison Center in Two Ethnically Diverse Communities in San Diego."  UCSD Civic Collaborative, with Dr. Richard F. Clark, 2001-02.  Amount: $5,000.

6.    Co-Principal Investigator for study to design and assess the impact of a community outreach program to improve awareness and use of the California Poison Control System by Latino and other underserved communities in San Diego.  Part of a Community Outreach Partnership Centers Program New Directions Grant from the federal Office of Housing and Urban Development, with Dr. Richard Clark and Dr. Vivian Reznik (UCSD Pediatrics Department), 2002-04.  Amount: $4,000.

7.    Principal Recipient, unrestricted grant from Cook, Incorporated for Research and Education on the Cuffed Melcker Cricothyrotomy Kit, 2003.  Amount: $12,000.

8.    Principal Investigator & Project Director, for project on Emergency Department Crowding & Safety Net Assessment, funded by the Urgent Matters Program, Robert Wood Johnson Foundation, grant # 048545.  Amount: $150,000 total ($100,000 technical assistance; $25,000 UCSD project direction, $25,000 safety net assessment).

9.    Co-Investigator for study entitled Wireless Internet Information System for Medical Response to Disasters (WIISARD), funded by the National Library of Medicine. 2003-2008.  Amount: $3,200,000.

10.   Co-Principal Investigator, with Dr. Daniel Davis, for study entitled Emergency Department National Alcohol Screening Day, Alcohol Education Project, funded by NIH, grant #1 R03 AA015120-01. 2005.  Amount:  $25,000.

11.   Co-Principal Investigator, with Dr. Gary Vilke, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects."  Study funded by the National Institute of Justice, U.S. Department of Justice, 2005-7.  UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079.  Amount: $213,941.49

12. Principal Investigator, for study entitled, "Improving Medical Home and Primary Care Access to the Community Clinics Through the ED (IMPACT-ED)." Study funded by the Alliance Healthcare Foundation, 2006-7. Alliance Grant #06-3114. Amount: $25,000.

13. Principal Investigator, for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Study funded by the Institute for the Prevention of In-Custody Deaths, Inc., 1/1/07 to 12/31/07. Amount: $11,658.00

14. Co-Principal Investigator, with Jean Marshall, RN, for study entitled, "Impact of the State Mandated Nurse-Patient Ratio on ED Crowding, Flow and Patient Care". EMF/ENAF (Emergency Medicine Foundation / Emergency Nurses Association Foundation) Directed Team Grant, ED Overcrowding Research Award, 2007-08. Amount: $50,000.

15. Co-Principal Investigator, with Dr. Joshua Lee, for project entitled, "San Diego Safety Net Health Information Exchange." Project funded by Pacificare/United Healthcare, 2008-2011. Amount: $715,000.

16. Co-Investigator for study entitled, "California ED Diversion Project Evaluation." Funded by the California Healthcare Foundation, 05/2008 to 11/2008. Amount $50,990.

17. Co-Investigator for study entitled, "Safety Net Connect." Funded by the Agreement for Healthcare Safety Net Services, County of San Diego Health and Human Services Agency, 09/2008 to 01/2011. Amount: $2,016,196.

18. Co-Principal Investigator for study entitled Wireless Internet Information System for Medical Response to Disasters (WIISARD SAGE), funded by the National Library of Medicine, RO1LM009522-01A1. 10/2010-10/2012. Amount: $3,763,964.

19. Principal Investigator, for study entitled, "ONC/San Diego Beacon Community Collaborative Grant." to advance health information technology. Funded by Office of the National Coordinator for Health Information Technology, Health Resources and Services Administration, 90BC0015/01, 04/2010 to 04/2013. Amount: $15,275,115.


## PUBLICATIONS:

### Articles

1. Chan TC, Williams SR, Clark RF: Formic acid burns resulting in systemic toxicity. Ann Emerg Med 1995;26(3):383-386.

2. Chan T, Vilke GM, Williams S: Bidirectional tachycardia associated with digoxin toxicity. J Emerg Med 1995;13(1):89.

3. Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

4.   Chan TC, Krishel SJ, Bramwell KJ, Clark RF:  Survey of illegal immigrants seen in an emergency department.  West J Med 1996;164(3):212-216.

5.   Chan T, Dunford J:  Severe tophaceous gout.  J Emerg Med 1996;14(2):223.

6.   Chan TC, Hayden S:  Early retropharyngeal abscess formation after treatment of scarlet fever.  J Emerg Med 1996;14(3):377.

7.   Chan TC:  Supracondylar fracture.  J Emerg Med 1997;15(1):99.

8.   Chan TC, Evans SD, Clark RF:  Drug-induced hyperthermia.  Crit Care Clinics North Am 1997;13(4):785-808.

9.   Chan TC, Hayden SR, Schwartz B, Fletcher T, Clark RF:  Patients' satisfaction when denied authorization for emergency department care by their managed care plan. J Emerg Med 1997;15(5):611-616.

10.   Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

11.   Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  Ann Emerg Med 1998;31(2):247-250.

12.   Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

13.   Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

14.   Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

15.   Ma G, Chan TC:  Atlantoaxial dislocation.  J Emerg Med 1999;17(1):113-114.

16.   Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P: Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

17.   Brady WJ, Chan TC:  Electrocardiographic manifestations: Benign early repolarization.  J Emerg Med 1999;17(3):473-478.

18.   Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3):479-489.

19.   Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac

pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4):697-709.

20.  Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

21.  Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

22.  Chan TC, Brady WJ, Pollack M:  Electrocardiographic manifestations: Acute myoperi-carditis.  J Emerg Med 1999;17(5):865-872.

23.  Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

24.  Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P:  Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique.  J Emerg Med 1999;17(6):957-962.

25.  Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T:  Restraint position and positional asphyxia (Reply to letter to the editor).  Am J Forensic Med Pathol 2000; 21(1):93.

26.  Brady WJ, Chan TC, Pollack M:  Electrocardiographic manifestations: Patterns that confound the EKG diagnosis of acute myocardial infarction - Left bundle branch block, ventricular paced rhythm, and left ventricular hypertrophy.  J Emerg Med 2000;18(1):71-78.

27.  Torbati SS, Chan TC:  Classic helical CT scan findings of acute appendicitis.  J Emerg Med 2000;18(1):101.

28.  Vilke GM, Chan TC, Guss DA:  Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury.  Am J Emerg Med 2000;18(2): 159-163.

29.  Vilke GM, Chan TC, Neuman T, Clausen JL:  Spirometry in normal subjects in sitting, prone, and supine positions.  Respir Care 2000;45(4):407-410.

30.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw.  J Emerg Med 2000;19(2):125-129.

31.  Chan TC:  Diagnostic imaging for appendicitis.  Emergency Medicine Alert 2000;7(2):12-15.

32.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P:  Rapid sequence

intubation in the field versus hospital in trauma patients.  J Emerg Med 2000;19(3):259-264.

33.  Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J:  Successful prehospital airway management by EMT-Ds using the Combitube.  Prehosp Emerg Care 2000;4(4):333-337.

34.  Vilke GM, Marino A, Iskander J, Chan TC:  Emergency department patient knowledge of medications.  J Emerg Med 2000;19(4):327-330.

35.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

36.  Pollack ML, Chan TC, Brady WJ:  Electrocardiographic manifestations: Aberrant ventricular conduction.  J Emerg Med 2000;19(4):363-367.

37.  Ma G, Brady WJ, Pollack M, Chan TC:  Electrocardiographic manifestations: Digitalis toxicity.  J Emerg Med 2001;20(2):145-152.

38.  Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

39.  Brady WJ, Perron AD, Chan T:  Electrocardiographic ST-segment elevation: Correct identification of acute myocardial infarction (AMI) and non-AMI syndromes by emergency physicians.  Acad Emerg Med 2001;8(4):349-360.

40.  Brady WJ, Erling B, Pollack M, Chan TC:  Electrocardiographic manifestations: Acute posterior wall myocardial infarction.  J Emerg Med 2001;20(4):391-401.

41.  Brady WJ, Aufderheide TP, Chan T, Perron AD:  Electrocardiographic diagnosis of acute myocardial infarction.  Emerg Med Clin North Am 2001;19(2):295-320.

42.  Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

43.  Harrigan R, Brady W, Chan T:  Cases in Electrocardiography - The Symptoms: Lethargy and tachycardia following antidepressant ingestion.  The Diagnosis: Tricyclic antidepressant overdose.  Emergency Medicine News 2001;XXIII(6):30,32.

44.  Chan TC:  What's new in antibiotic therapy for acute otitis media.  Emergency Medicine Alert 2001;8(2):12-15.

45.  Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

46. Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps. J Emerg Med 2001;21(2):125-128.

47. Ho C, Coimbra R, Hoyt DB, Chan TC:  Severe traumatic brain injury from unmotorized scooter.  J Emerg Med 2001;21(2):133-136.

48. Chan T, Harrigan R, Brady W:  Cases in Electrocardiography - The Symptoms: HIV-positive, hypertensive, unresponsive.  The Diagnosis: Verapamil-ritonavir drug interaction.  Emergency Medicine News 2001;XXIII(9):22,25.

49. Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50. Ullman E, Brady WJ, Perron AD, Chan T, Mattu A:  Electrocardiographic manifestations of pulmonary embolism.  Am J Emerg Med 2001;19(6):514-519.

51. Brady WJ, Harrigan R, Chan T:  Cases in Electrocardiography - The Symptoms: Chest pain with ST segment elevation in a cocaine user.  The Diagnosis: Benign early repolarization.  Emergency Medicine News 2001;XXIII(12):24,30,36.

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.  Washington, DC: United States Department of Justice, National Institute of Justice.

53. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

54. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002;47(2):299-304.

55. Fijewski TR, Pollack ML, Chan TC, Brady WJ:  Electrocardiographic manifestations: Right ventricular infarction.  J Emerg Med 2002;22(2):189-194.

56. Harrigan R, Chan T, Brady W:  Cases in Electrocardiography - The Symptoms: Dyspnea and chest pain.  The Diagnosis: Pulmonary embolism.  Emergency Medicine News 2002; XXIV(3):8,12.

57. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

58. Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor). Prehosp Emerg Care 2002;6(2):259-260.

59. Martinez-Lopez JI / Brady WJ, Ma G, Pollack M, Chan TC:  Electrocardiographic manifes-tations: Digitalis toxicity (Reply to letter to the editor).  J Emerg Med 2002;22(3):299-300.

60. Vilke GM, Fisher R, Chan TC: An evaluation of the risk for latex allergy in prehospital EMS providers. J Emerg Med 2002;22(4):345-348.

61. Chan TC: Post-exposure prophylaxis for needlesticks and other occupational exposures. Emergency Medicine Alert 2002;9(2):12-15.

62. Chan T, Brady W, Harrigan R: Cases in Electrocardiography - The Symptoms: Acute onset shortness of breath, nausea and atrial fibrillation. The Diagnosis: Digoxin toxicity. Emergency Medicine News 2002;XXIV(6):28,30.

63. Brady W, Harrigan R, Chan T: Cases in Electrocardiography - The Symptoms: Chest pain, diaphoresis, dyspnea, nausea. The Diagnosis: Acute posterior wall myocardial infarction. Emergency Medicine News 2002;XXIV(9):18,20-22.

64. Chew GS, Vilke GM, Davis DP, Chan TC: Toomey™ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation. J Emerg Med 2002;23(4): 337-340.

65. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Symptoms: Extreme dyspnea and chest pain. Diagnosis: Pericardial tamponade. Emergency Medicine News 2002;XXIV (12):25-27.

66. Clark RF, Phillips M, Manoguerra AS, Chan TC: Evaluating the utilization of a regional poison center by Latino Communities. Clin Toxicol 2002; 40(7):855-860.

67. Pollack ML, Brady WJ, Chan TC: Electrocardiographic manifestations: Narrow QRS complex tachycardias. J Emerg Med 2003; 24(1):35-43.

68. Chan T, Brady W, Harrigan R: Cases in Electrocardiography – Diagnosis: Hyperkalemia. Diagnosis: Hyperkalemia. Emergency Medicine News 2003;XXV(1):8-9.

69. Nelson JA, Knowlton KU, Harrigan R, Pollack ML, Chan TC: Electrocardiographic manifestations: wide complex tachycardia due to accessory pathyway. J Emerg Med 2003; 24(3):295-301.

70. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Safety and effectiveness of methohexital for procedural sedation in the emergency department. J Emerg Med 2003; 24(3):315-18.

71. Brady W, Harrigan R, Chan T: Cases in Electrocardiography – Symptoms: A wide complex tachycardia. Emergency Medicine News 2003;XXV (6):22-27.

72. Harrigan RA, Pollack ML, Chan TC: Electrocardiographic manifestations: Bundle branch blocks and fascicular blocks. J Emerg Med 2003; 25(1):67-77.

73. Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV: Impact of an after-hours on-call emergency physician on ambulance transports from a county jail. Prehosp Emerg Care 2003; 7(3):327-331.

74. Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS.  Prehosp Emerg Care 2003; 7(3):417.

75. Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital rapid-sequence intubation.  Prehosp Emerg Care 2003; 7(3):380-83.

76. Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003; 10(8):893-896.

77. Harrigan R, Chan T, Brady W:  Cases in Electrocardiography – Symptoms:  Chest Pain and Palpitations.  Emergency Medicine News 2003;XXV (9):25, 28.

78. Hudson KB, Brady WJ, Chan TC, Pollack M, Harrigan RA:  Electrocardiographic manifestations:  Ventricular Tachycardia.  J Emerg Med 2003; 25(3):303-314.

79. Brady WJ, Harrigan RA, Chan TC:  Middle-aged man with chest pain after exercise.  Consultant 2003; 43(13):1540-1545.

80. Chan T, Brady W, Harrigan R:  Cases in Electrocardiography – Symptoms:  Weakness and muscle cramps.  Emergency Medicine News 2003;XXV (12):24,26.

81. Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  Emerg Med  J 2003; 20:483-486.

82. Patel RJ, Chan TC:  Images in emergency medicine.  Ann Emerg Med 2003; 43(2):291,295.

83. Austin T, Davis J, Chan TC:  Sialolithiasis of submandibular gland.  J Emerg Med 2004; 26(2):221-223.

84. Harrigan RA, Brady WJ, Chan TC:  Chest pain and dyspnea in an immobilized man.  Consultant 2004; 44(2):197-200.

85. Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital naloxone:  a closer look is needed.  Acad Emerg Med 2004; 11(3):323-324.

86. Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of priapism.  J Emerg Med 2004; 26(3):325-329.

87. Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess.  J Emerg Med 2004; 26(3):285-291.

88. Chan T, Brady W, Harrigan R:  Cases in Electrocardiography – Symptoms:  Sinus Bradycardia with ST Segment Elevation.  Emergency Medicine News 2004;XXVI (3):46,48,50,52.

89. Rotondo N, Pollack ML, Chan TC, Brady WJ, Harrigan RA:  Electrocardiographic manifestations:  acute inferior wall myocardial infarction.  J Emerg Med 2004; 26(4):433-440.

90. Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med 2004; 26(4):441-445.

91. Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction in children aged less than 5 years:  the prehospital experience.  Prehosp Emerg Care 2004; 8(2):196-199.

92. Chan TC, Brady WJ, Harrigan RA:  Sudden onset of palpitations and light-headedness in a young woman.  Consultant 2004; 44(4):613-616.

93. Chan TC:  Radiologic hazards and acute radiation exposure.  Emergency Medicine Alert 2004; 11(2):13-15.

94. Harrigan R, Chan TC, Brady W:  Cases in Electrocardiography – Symptoms:  Chest pain with ECG changes.  Emergency Medicine News 2004;XXVI (6):12,18,20.

95. Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004; 27(1): 7-9.

96. Diercks DB, Shumaik GM, Harrigan RA, Brady WJ, Chan TC:  Electrocardiographic manifestations:  electrolyte abnormalities.  J Emerg Med 2004; 27(2):153-160.

97. Brady WJ, Harrigan RA, Chan TC:  Man with persistent chest pain and ST-segment depression.  Consultant 2004; 44(8):1153-1159.

98. Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004; 25(3):185-189.

99. Harrigan RA, Brady WJ, Chan TC:  Nausea and weakness in a woman with multiple diseases.  Consultant 2004; 44(9):1234-1238.

99. Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond traction-countertraction.  J Emerg Med 2004; 27(3):301-306.

100. Chan TC, Brady W, Harrigan R:  Cases in Electrocardiography – Symptoms:  Elderly woman with chest 'muscle tighness.'  Diagnosis: acute myopericarditis.  Emergency Medicine News 2004;XXVI (6):48,54,56.

101. Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours:  the San Diego County patient destination trial.  Ann Emerg Med 2004; 44(4):295-303.

102. Mancuso EM, Brady WJ, Harrigan RA, Pollack M, Chan TC:  Electrocardiographic manifestations:  Long QT syndrome.  J Emerg Med 2004; 27(4):385-393.

103. Chan TC, Killeen J, Griswold W, Lenert L: Information technology and emergency medical care during disasters. Acad Emerg Med 2004; 11(11):1229-1236.

104. Chan TC, Brady WJ, Harrigan RA. Chest "tightness" in elderly woman. Consultant 2004; 44(14):1792-1796.

105. Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC. Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field. Pediatr Emerg Care 2005;21(1):1-5.

106. Brady WJ, Harrigan RA, Chan TC: Woman with persistent ECG abnormalities after chest pain resolves. Consultant 2005; 45(1):46-50.

107. Harrigan RA, Brady WJ, Chan TC: Near-syncope in an elderly woman. Consultant 2005; 45(2):177-182.

108. Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Resuscitation 2005; 64(3):341-6.

109. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – ST Segment Elevation:Putting the Vital in Vital Signs. Emergency Medicine News 2005;XXVII (3):12,14,16.

110. Chan TC, Harrigan RA, Brady WJ: Weakness and dyspnea in a young man. Consultant 2005; 45(6):696-699.

111. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Young man collapses after police arrest. Emergency Medicine News 2005;XXVII (6):8,12,14.

112. Chan TC, Richardson W: Periumbilical pain in a young woman. J Emerg Med 2005; 29(2):213-241.

113. Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J Emerg Med. 2005;23(4):439-442.

114. Brady W, Harrigan R, Chan T: Cases in Electrocardiography – The Chest Pain Patient with Prominent T Waves. Emergency Medicine News 2005;XXVII (9):8,10,11.

115. Brady WJ, Harrigan RA, Chan T: Syncope in a woman with a history of myocardial infarction. Consultant 2005; 45(10):1155-1162.

116. Harrigan RA, Brady WJ, Chan T: Chest pain in a woman with recent coronary stent. Consultant 2005; 45(12):1267-1270.

117. Chan TC, Killeen JP, Kelly D, Guss DA: Impact of Rapid Entry and Accelerated Care at Triage on Reducing Emergency Department Patient Wait Times, Lengths of Stay, and Rate of Left Without Being Seen. Ann Emerg Med 2005; 46(6):491-497.

118. Brady WJ, Harrigan RA, Chan T:  Hypotension in a man with acute MI.  Consultant 2006; 46(1):65-70.

119. Harrigan RA, Brady WJ, Chan T:  Chest pain and palpitations in a young woman. Consultant 2006; 46(2):193-196.

120. Chan T, Brady W, Harrigan R:  Young woman with sudden onset of palpitations and lightheadedness.  Emergency Medicine News 2006;XXVIII (3):49-51.

121. Chan T, Harrigan R, Brady W:  Weakness and nausea in an elderly woman. Consultant 2006; 46(4):447-452.

122. Brady WJ, Harrigan RA, Chan T:  Chestpain, ST segment elevation with remote MI. Emergency Medicine News 2006;XXVIII(6):30,38.

123. Welch SJ, Slovis C, Jensen K, Chan T, Davidson SJ:  Time for a rigorous performance improvement for emergency medicine residents.  Acad Emerg Med 2006; 13(7):783-786.

124. Brady WJ, Harrigan RA, Chan T:  Bradycardia in a man with acute chest pain. Consultant 2006; 46(8):894-900.

125. Chan T, Brady WJ, Harrigan RA:  Elderly man with shoulder pain following fall. Consultant 2006; 46(9):1173-1175.

126. Goldstein EH, Hradecky G, Vilke GM, Chan TC:  Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system.  J Correctional Health Care 2006; 12(3):181-188.

127. Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP. Impact of the San Diego Serial Inebriate Program (SIP) on the use of emergency medical resources. Ann Emerg Med 2006; 47(4): 328-36.

128. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC: Impact of the San Diego County firestorm on Emergency Medical Services.  Prehosp Dis Med 2006;21(5):353-358.

129. Chappel S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW:  Peripheral venous cutdown.  J Emerg Med 2006;31(4):411-416.

130. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM. Adult foreign body airway obstruction in the prehospital setting.  Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

131. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci 2007;52(1):171-175.

132. Chan T, Brady W, Harrigan R:  86-Year-Old woman not feeling well.  Emergency Medicine News 2007;XXIX(1):8,11.

133. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW:  Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

134. Brady WJ, Harrigan RA, Chan TC:  A tale of two "pulseless electrical activity" cardiac arrest rhythms.  Consultant 2007; 47(1):65-70.

135. Chan T, Brady W, Harrigan R:  The adult chest pain patient with a nondiagnostic ECG.  Emergency Medicine News 2007; XXIX(3):14,20,22.

136. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR:  The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model.  J Emerg Med 2007;32(4):405-407.

137. Chan T, Harrigan RA, Brady WJ:  Weakness in a young woman.  Consultant 2007;47(5):477-480.

138. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM:  Cardiac monitoring of human subjects exposed to the Taser.  J Emerg Med 2007; 33(2):113-117.

139. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM:  Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies?  J Emerg Med 2007; 33(2):119-122.

140. Khalegi M, Loh A, Vromin D, Chan TC, Vilke GM:  The effects of minimizing ambulance diversion hours on emergency departments.  J Emerg Med 2007; 33(2):155-159.

141. Chan T, Brady W, Harrigan R:  Cases in electrocardiography.  Two-day-old infant not feeding well.  Emergency Medicine News 2007; XXIX(9):6,10.

142. Harrigan RA, Brady WJ, Chan T: Deciphering an irregularly irregular rhythm. Consultant 2007;47(10):905, 909-912.

143. Vilke GM, Chan TC:  Less lethal technology: medical issues.  Policing 2007;30(3):341-357.

144. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC:  Physiological effects of a conducted electrical weapon on human subjects.  Ann Emerg Med 2007;50(5):569-575.

145. Chan T, Harrigan RA, Brady WJ:  Middle-aged man with light-headedness, nausea, and palpitations.  Consultant 2007;47(13):1141-1148.

146.  The Academic ED SBIRT Research Collaborative (Chan TC, member):  An evidence-based alcohol screen, brief intervention and referral to treatment (SBIRT) curriculum for emergency department (ED) providers improves skills and utilization. SUBA 2007;28(4):79-92.

147. Academic ED SBIRT Research Collaborative (Chan TC, member):  The impact of screening, brief intervention, and referral for treatment on emergency department patients' alcohol use.  Ann Emerg Med 2007; 50(6):699-710.

148. Guss DA, Chan TC, Killeen JP:  The impact of a pneumatic tube and computerized physician order management on lab turnaround time.  Ann Emerg Med 2008; 51(2):181-185.

149. Committee on Research Priorities in Emergency Preparedness and Response for Public Health Systems (Chan TC, member):   Research Priorities in Emergency Preparedness and Response for Public Health Systems.  Institute of Medicine of the National Academies Report 2008; 1-27.

150. Sloane CM, Chan TC, Vilke GM:  Thoracic spine compression fracture after Taser activation.  J Emerg Med 2008; 34(3):283-285.

151. Chan TC, Harrigan RA, Ufberg J, Vilke GM:  Mandibular reduction.  J Emerg Med 2008; 34(4):435-440.

152. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM:  Serum tropinin I measurement of subjects exposed to the Taser X-26.  J Emerg Med 2008; 35(1):29-32.

153. Brady WJ, Harrigan RA, Chan T:  Wide-complex rhythm in a young woman with renal disease.  Consultant 2008; 48(6):547-554.

154. Vilke GM, Ufberg JW, Harrigan RA, Chan TC:  Evaluation and treatment of acute urinary retention.  J Emerg Med 2008; 35(2):193-198.

155. Chan TC, Sharieff GQ, Brady WJ:  Electrocardiographic manifestations: Pediatric ECG.  J Emerg Med 2008; 35(4):421-430.

156. Vilke GM, Johnson WD, Castillo EM, Sloane C, Chan TC:  Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices.  Am J Forensic Med Pathol 2009; 30(1):23-25.

157. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM:  Evaluating the Use and Timing of Opioids for the Treatment of Migraine Headaches in the Emergency Department.  J Emerg Med 2009; 36(4):333-337.

158. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC:  Physiologic effects of the TASER after exercise.  Acad Emerg Med 2009; 16(8):704-710.

159. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman L:  Impact of an internet-based emergency department appointment system to access primary care at safety net community clinics.  Ann Emerg Med 2009; 54(2):279-284.

160. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM:  Effect of Mandated Nurse–

Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med 2010; 17(5):545-552.

161. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC: Collaborative to decrease ambulance diversion: the California Emergency Department Diversion Project. J Emerg Med 2011; 40(3):300-7.

162. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine; 14:765–770. Epub 2011 Mar 18.

163. Vilke GM, Debard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2011 Mar 24.

164. Vilke GM, Chan TC. Evaluation and management for carotid dissection in patients presenting after choking or strangulation. J Emerg Med 2011; 40(3):355-8.

165. Vilke GM, Bozeman WP, Chan TC. Emergency department evaluation after conducted energy weapon use: review of the literature for the clinician. Emerg Med. 2011 May;40(5):598-604.

166. Lenert LA, Kirsh D, Griswold WG, Buono C, Lyon J, Rao R, Chan TC. Design and evaluation of a wireless electronic health records system for field care in mass casualty settings. J Am Med Inform Assoc. Epub 2011 Jun 27.

167. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the ventilatory effects of a restraint chair on human subjects. J Emerg Med. 2011 Jun;40(6):714-8.

168. Chan TC, Griswold WG, Buono C, Kirsh D, Lyon J, Killeen JP, Castillo EM, Lenert L. Impact of Wireless Electronic Medical Record System on the Quality of Patient Documentation by Emergency Field Responders during a Disaster Mass-Casualty Exercise. Prehosp Disaster Med. 2011 Jul-Aug;26(4):268-75.

## Texts/Books

1.  Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001.

2.  Atlas of Emergency Procedures.  (Edition translated to Spanish).  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

3.  ECG in Emergency Medicine and Acute Care.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005.

4.  Sudden Deaths in Custody. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006.

5.  ECG in Emergency Medicine and Acute Care. (Edition translated to Chinese). Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2009.

## Book Chapters

1.  Chan TC:  Hemorrhagic Shock.  In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 484-485.

2.  Chan TC:  Malgaigne Fracture.  In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 668-669.

3.  Chan T:  Pelvic Fracture.  In: The 5 Minute Emergency Medicine Consult.  Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 830-831.

4.  Chan TC:  Paracentesis (Chapter 12: Abdomen).  In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 112-113.

5.  Chan TC:  Anterior Packing (Chapter 9: Ear, Nose, and Throat).  In: Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 190-193.

6.  Chan TC:  Posterior Packing (Chapter 9: Ear, Nose, and Throat).  In: Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 194-197.

7.  Chan TC:  Septal Hematoma Drainage (Chapter 9: Ear, Nose, and Throat).  In: Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 198-199.

8.  Chan TC:  Auricular Hematoma Drainage (Chapter 9: Ear, Nose, and Throat).  In: Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 200-201.

9.  Chan TC:  Fracture, Pelvic.  In: The 5-Minute Sports Medicine Consult.  Bracker MD (Ed.); Philadelphia: Lippincott Williams & Wilkins, 2001, pp 140-141.

10. Chan TC:  Hemorrhagic Shock.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 498-99.

11.  Chan T:  Malgaigne Fracture.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 660-61.

12.  Chan T:  Pelvic Fracture.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 808-09.

13.  Harrigan RA, Chan TC, Brady WJ:  Basic Electrocardiographic Techniques.  In: <u>Clinical Procedures in Emergency Medicine</u> (fourth edition).  Roberts JR, Hedges JR (Eds.); Philadelphia:  Saunders, 2004, pp 270-82.

14.  Chan TC:  Tachydysrhythmias.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 39-45.

15.  Chan TC:  P wave.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 48-52.

16.  Chan TC:  PR Interval and Segment.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 53-55.

17.  Chan TC:  U wave.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 72-76.

18.  Cardall TY, Chan TC:  Pacemakers: Normal Function.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 129-135.

19.  Cardall TY, Chan TC:  Pacemakers: Abnormal Fuction.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 136-142.

20.  Chan TC:  Myopericarditis.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 199-203.

21.  Chan TC:  Toxicology Section: Introduction.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 253-254.

22.  Dunford JV, Chan TC:  EMS and Public Health.  In: <u>Principles of EMS Systems</u>.  Brennan JA, Krohmer JR (Eds.); Sudbury:  Jones and Bartlett, 2005, pp 269-276.

23.  Chan TC:  Medical Overview of Sudden In-Custody Deaths.  In: <u>Sudden Deaths in Custody</u>.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 9-14.

24. Brady WJ, Harrigan RA, Chan T:  Acute Coronary Syndromes.  In: Rosen's
    Emergency Medicine: Concepts and Clinical Practices. Marx JA (Ed.); Philadelphia:
    Mosby Elsevier, 2006, pp 1154-95.

25. Lowe LG, Chan TC, Bamber DL.  Ear, Nose, and Throat Emergencies.  In:
    Emergency Medicine Handbook. Clinical Concepts for Clinical Practice.  Roppolo LP,
    Davis D, Kelly SP, Rosen P (Eds.);  Philadelphia: Elsevier Mosby, 2007, pp 785-800.

26. Vilke GM, Sloane CM, Chan TC.  Accelerated Triage for Medical Evaluations
    Following CED Activations.  In:  Critical Issues in Policing Series:  Strategies for
    Resolving Conflict and Minimizing Use of Force.  Ederheimer JA (Ed); Washington
    DC, Police Executive Research Forum, 2007, pp 108-109.

27. Chan T. Pelvic Fracture.  In: Rosen and Barkin's 5-Minute Emergency Medicine
    Consult (third edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.);
    Philadelphia: Lippincott Williams & Wilkins, 2007, pp 810-11.

28. Chan TC, Vilke GM.  CEW Research Models: Animal and Human Studies.  In:
    TASER Conducted Electrical Weapons: Physiology, Pathology and Law.  Kroll MW,
    Ho JD (Eds.); New York: Springer, 2009, 109-118.

29. Harrigan RA, Chan TC.  What is the ECG differential diagnosis of ST segment
    elevation?  In: Critical Decisions in Emergency and Acute Care Electrocardiography.
    Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 419-427.

30. Harrigan RA, Chan TC.  What is the ECG differential diagnosis of ST segment
    depression?  In: Critical Decisions in Emergency and Acute Care
    Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing,
    2009, 428-435.

31. Chan TC, Harrigan RA.  What is the ECG differential diagnosis of the abnormal T
    wave?  In: Critical Decisions in Emergency and Acute Care Electrocardiography.
    Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 436-443.

32. Chan TC, Harrigan RA.  What is the ECG differential diagnosis of narrow complex
    tachycardia?  In: Critical Decisions in Emergency and Acute Care
    Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing,
    2009, 444-451.

33. Chan TC, Harrigan RA.  What is the ECG differential diagnosis of wide complex
    tachycardia?  In: Critical Decisions in Emergency and Acute Care
    Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing,
    2009, 452-460.

34. Harrigan RA, Chan TC.  What is the ECG differential diagnosis of bradycardia?  In:
    Critical Decisions in Emergency and Acute Care Electrocardiography.  Brady WJ,
    Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 461-468.

35. Chan TC, Harrigan RA.  What is the ECG differential diagnosis of abnormally wide or

large QRS complex?  In: <u>Critical Decisions in Emergency and Acute Care Electrocardiography</u>.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 469-478.

36.   Harrigan RA, Chan TC.  What is the ECG differential diagnosis of a prolonged QT interval?  In: <u>Critical Decisions in Emergency and Acute Care Electrocardiography</u>.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 479-482.

37.   Brady WJ, Harrigan RA, Chan TC.  Acute coronary syndrome.  In: <u>Rosen's Emergency Medicine: Concepts and Clinical Practice</u>.  Marx JA (Ed.); Philadelphia: Mosby Elsevier, 2009, 947-983.

38.   Harrigan RA, Chan TC, Brady WJ.  Basic electrocardiographic techniques.  In: <u>Clinical Procedures in Emergency Medicine</u>.  Roberts JR, Hedges JR (Eds.); Philadelphia: Saunders Elsevier, 2010, 255-268.

39.   Chan T.  Hemorrhagic Shock.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010, pp 498-99.

40.   Chan T:  Malgaigne Fracture.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010, pp 662-63.

41.   Chan T.  Pelvic Fracture.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010, pp 814-15.

## **Abstracts**

1.   Chan T, Krishel S, Bramwell K, Clark R:  Survey of undocumented aliens using the emergency department.  Acad Emerg Med 1995;2(5):435.

2.   Chan TC, Williams SR, Clark RF:  Formic acid skin burns resulting in systemic toxicity.
Clin Toxicol 1995;33(5):491-492.

3.   Chan T, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  Acad Emerg Med 1996;3(5):496.

4.   Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

5.   Moss S, Vilke GM, Chan TC, Dunford JV:  Outcome study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

6.   Chan TC, Vilke GM, Neuman T, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

7.   Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

8.   Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

9.   Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medicine technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

10.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

11.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

12.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

13.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

14.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

15.  Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  Prehosp Emerg Care 1998;2(3):223.

16.  Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for children in status epilepticus.  Prehosp Emerg Care 1998;2(3):232.

17.  Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  Prehosp Emerg Care 1998;2(3):233.

18.  Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Prehosp Emerg Care 1998;2(3):236.

19.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

20.  Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

21. Marino AT, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures.  Ann Emerg Med 1998;32(3) Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G:  The fresh-frozen cadaver free-larynx model for cricothyrotomy training.  Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998;32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM:  Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model.  Ann Emerg Med 1998;32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal detector device accurately detect an esophageal intubation after gastric distention from air insufflation?  Ann Emerg Med 1998;32(3)Part 2:S51.

26. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does GCS score affect prehospital intubation success rates in trauma patients?  J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA:   Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15.   J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  Prehosp Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC:  Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice.  Prehosp Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC:  Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights.  Prehosp Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM:  Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models.  Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC:  Lidocaine administration

through an esophageally placed Combitube in a canine model.  Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC:  Knowledge of prescribed medications by emergency department patients.  Acad Emerg Med 1999;6(5):539.

37. Brady WJ, Chase CD, Chan T:  Electrocardiographic ST-segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians - Preliminary results. Ann Emerg Med 1999;34(4)Part 2:S23.

38. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000;4(1):92.

39. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back.  Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

40. Brady WJ, Viscardi GM, Chan T:  Electrocardiographic ST segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians.  Acad Emerg Med 2000;7(5):452-453.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46. Brady WJ, Viscardi G, Chase CD, Chan T:  Electrocardiographic ST-segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians.  Ann Emerg Med 2000;35(5):S27-S28.

47.  Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

48.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

49.  Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

50.  Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

51.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

52.  Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

53.  Clark RF, Phillips M, Manoguerra AS, Chan TC:  Home calls from predominantly Latino communities to a regional poison center.  Clin Toxicol 2001;39(5):519.

54.  Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

55.  Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

56.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

57.  Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

58.  Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

59.  Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

60. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM: Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

61. Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4): S103.

62. Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport.  Prehosp Emerg Med 2003;7(1):190.

63. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective Countywide Trial to Decrease Ambulance Diversion Hours.  Acad Emerg Med 2003;10(5):465.

64. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The Use of Risk Factor Assessment to Screen for Spinal Epidural Abscess in Emergency Department Patients with Spine Pain.  Acad Emerg Med 2003;10(5):569.

65. Chan TC, Kelso D, Dunford JV, Vilke GM:  Can Trained Health Educators Provide Screening, Brief Intervention and Referral Services in an Academic Teaching Hospital Emergency Department?  Acad Emerg Med 2003;10(5):515.

66. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003; 42(4):S6.

67. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. Ann Emerg Med 2003; 42(4):S2.

68. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM.  Does weight force during physical restraint cause respiratory compromise?  Ann Emerg Med 2003; 42(4):S17.

69. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC.  Inadvertent anticoagulation of emergency department patients with aortic dissection.  Ann Emerg Med 2003; 42(4): S99.

70. Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg Med 2004;11(5):485.

71. Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

72. Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to

ventricular fibrillation in a large, urban emergency medical services system. Acad Emerg Med 2004;11(5):604.

73. Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC. Impact of a new booster seat law. Ann Emerg Med 2004; 44(4):S39-S40.

74. Dunford JV, Vilke GM, Chan TC. Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

75. Killeen JP, Chan TC, Guss, DA. Impact of bar coding technology and computerized physician order entry on reducing laboratory specimen misidentification errors in the emergency department. Acad Emerg Med 2005;12(5):49.

76. Bush J, Chan TC, Killeen JP, Vilke GM. The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism. Acad Emerg Med 2005;12(5):41.

77. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC. Does weight force during physical restraint cause respiratory compromise? Acad Emerg Med 2005;12(5):16.

78. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of subjects exposed to the Taser. Acad Emerg Med 2005;12(5):71.

79. Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J. The potential safety of designated cardiac arrest receiving facilities. Ann Emerg Med 2005;46(3):S17.

80. Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA. Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department. Ann Emerg Med 2005;46(3):S107-S108.

81. Buono C, Chan TC, Brown S, Lenert L. Role-tailored software systems for medical response to disasters: enhancing the capabilities of "mid-tier" responders. AMIA Annu Symp Proc 2005: 908.

82. Lenert LA, Palmer DA, Chan TC, Rao R. An intelligent 802.11 triage tag for medical response to disasters. AMIA Annu Symp Proc 2005: 440-4.

83. Lenert LA, Chan TC, Griswold WG, Killeen J, Krisch D, Mishra R, Palmer DA, Rao RA. Wireless internet information systems for medical response in disasters (WIISARD). AMIA Annu Symp Proc 2006: 1192.

84. Demchak B, Chan TC, Griswold WG, Lenert LA. Situational awareness during mass-casualty events: command and control. AMIA Annu Symp Proc 2006: 905.

85. Chan TC, Buono C, Killeen J, Griswold W, Huang R, Lenert L. Tablet computing for disaster scene managers. AMIA Annu Symp Proc 2006: 875.

86. Buono C, Huang R, Brown S, Chan TC, Killeen J, Lenert L. Role-tailored software systems for coordinating care at disaster sites: enhancing collaboration between the base hospitals with the field. AMIA Annu Symp Proc 2006: 867.

87. Killeen J, Chan TC, Buono C, Griswold WG, Lenert LA. A wireless first responder handheld device for rapid triage, patient assessment and documentation during mass casualty incidents. AMIA Annu Symp Proc 2006: 429-33.

88. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006; 13(5 Supp 1):S47.

89. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC. Evaluation of deaths associated with choking. Acad Emerg Med 2006; 13(5 Supp 1):S49.

90. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F. Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

91. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV. Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006; 13(5 Supp 1):S105-106.

92. Killeen JK, Chan T, Guss D. The impact of a pneumatic tube and computerized physician order entry on laboratory turnaround for cardiac markers. Acad Emerg Med 2006; 13(5 Supp 1):S114.

93. Guss DA, Chan T, Killeen J. The impact of pneumatic tube specimen transport and computerized order entry on laboratory turnaround. Acad Emerg Med 2006; 13(5 Supp 1):S63-64.

94. Chan TC, Killeen JP, Castillo EM, Guss DA. The impact of delayed admissions held in the emergency department on wait time, patient care time, and length of stay for other patients. Ann Emerg Med 2006; 48(4 Supp 1):S5.

95. Venieris PY, Chan TC, Killeen J. Multicenter trial assessing the impact of an overnight international "nighthawk" teleradiology system on CT radiology re-interpretation rates. Ann Emerg Med 2006; 48(4 Supp 1):S16.

96. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC. Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006; 48(4 Supp 1):S23-S24.

97. Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006; 48(4 Supp 1):S59-S60.

98. Davis D, Salazar A, Vilke G, Chan T. The utility of a novel decision rule to diagnose spidal epidural abscess in ED patients with back pain. Ann Emerg Med 2006; 48(4 Supp 1):S66.

99. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L. Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006; 48(4 Supp 1):S69.

100. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC. San Diego county patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006; 48(4 Supp 1):S90.

101. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

102. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

103. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

104. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

105. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

106. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of electronic medication reconciliation on triage times for patients seen in the emergency department. Ann Emerg Med 2007; 50(3 Suppl 1):S71.

107. Vilke G, Chan T, Killen J, Castillo E. Impact of psychiatric patient holds on the emergency department overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1):S221.

108. Buono C, Lyon J, Chan T, Griswold W, Castillo E, Killeen J, Kirsh D, Lenert L. Does using a wireless, electronic patient data collection system increase patient time on the field? Acad Emerg Med 2008; 15(5 Suppl 1):S12.

109. Chan T, Killeen J, Castillo E, Vilke G, Kennedy S, Feinberg R, Guss D. Impact of an internet-based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1):S104.

110. Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding. Ann Emerg Med 2008; 52(4):S44.

111. Bizek G, Castillo E, Vilke G, Chan T. Characteristics and rates of rewarming of

emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S104-S105.

112. Vilke GM, Killeen JP, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

113. Marsan R, Castillo E, Chan T, Stepanski B, Vilke G. Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009; 16(4):S85-S86.

114. Killeen D, Killeen J, Castillo E, Chan T, Vilke G. Emergency department patient evaluation of internet and email access for healthcare information. Acad Emerg Med 2009; 16(4):S132-S133.

115. Sloane C, Chan T, Kohlkorst F, Castillo E, Neuman T, Vilke G. Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009; 16(4):S137.

116. Castillo E, Vilke G, Killeen J, Guss D, Marshall J, Chan T. Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009; 16(4):S157-S158.

117. Castillo E, Vilke G, Killeen J, Guss D, Feinberg R, Freidman L, Chan T. Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009; 16(4):S247-S248.

118. Marmon J, Castillo E, Vilke G, Killeen J, Chan T. The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009; 16(4):S257-S258.

119. Chan TC, Killeen JP, Castillo EM, Lee J. San Diego Safety New Health Information Exchange. Ann Emerg Med 2011;58(4) S390.

120. Chan TC, Killeen JP, Rafie S, Humber DM, Chan TC. Emergency Department Care Provider Perception of Department-Based Pharmacist Services. Ann Emerg Med 2011;58(4) S443.

## POSTER PRESENTATIONS:

1. Chan TC, Williams SR, Clark RF: Formic acid skin burns resulting in systemic toxicity. National Toxicology Conference, Rochester, New York; 1995.

2. Chan TC, Krishel SJ, Bramwell K, Clark RF: Survey of undocumented aliens using the emergency department. Society for Academic Emergency Medicine (SAEM) Annual Meeting, San Antonio, Texas; May 1995.

3. Chan TC, Vilke GM, Hayden SR: Structured curriculum in domestic violence and child abuse for emergency medicine residents. SAEM Annual Meeting, Denver, Colorado; May 1996.

4.   Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  SAEM Annual Meeting, Denver, Colorado;  May 1996.

5.   Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, La Jolla, California;  June 1996.

6.   Vilke GM, Krishel SJ, Chan TC:  Prospective study to evaluate computer use to improve immunization status documentation in ED records.  CAL/ACEP Scientific Assembly, La Jolla, California;  June 1996.

7.   Chan TC, Vilke GM, Neuman T, Clausen JL:  Does restraint position result in respiratory compromise?  CAL/ACEP Scientific Assembly, Rancho Mirage, California;  May 1997.

8.   Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  CAL/ACEP Scientific Assembly, Rancho Mirage, California;  May 1997.

9.   Moss S, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  CAL/ACEP Scientific Assembly, Rancho Mirage, California;  May 1997.

10.  Chan TC, Vilke GM, Neuman T, Clausen JL:  Does restraint position result in respiratory compromise?  SAEM Annual Meeting, Washington, DC;  May 1997.

11.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  SAEM Annual Meeting, Washington, DC;  May 1997.

12.  Moss S, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  SAEM Annual Meeting, Washington, DC;  May 1997.

13.  Neuman T, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Medical Society (UHMS) Annual Meeting, Cancun, Mexico;  June 1997.

14.  Vilke GM, Guss DA, Chan TC:  Does a complete neurologic exam adequately screen for significant intracranial abnormalities in minor head injury?  ACEP International Conference, Vancouver, British Columbia, Canada;  March 1998.

15.  Kramer M, Chan TC, Buchanan J, Vilke GM:  Does GCS score affect prehospital intubation success rates in trauma patients?  ACEP International Conference, Vancouver, British Columbia, Canada;  March 1998.

16.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medicine technicians-Is using the Combitube.

SAEM Annual Meeting, Chicago, Illinois; May 1998.

17. Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:   The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation. SAEM Annual Meeting, Chicago, Illinois; May 1998.

18. Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body positioning on pulmonary function.  SAEM Annual Meeting, Chicago, Illinois; May 1998.

19. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  SAEM Annual Meeting, Chicago, Illinois; May 1998.

20. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  SAEM Annual Meeting, Chicago, Illinois; May 1998.

21. Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  SAEM Annual Meeting, Chicago, Illinois; May 1998.

22. Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

23. Vilke GM, Chan TC, Neuman TS, Clausen JL:  The effect of body position on pulmonary function.  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

24. Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

25. Gerling MC, Hamilton RS, Davis DP, Morris GF, Chan TC, Vilke GM, Garfin SR, Hayden SR:  Movement across an unstable cervical spine injury in a cadaver model of intubation.  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

26. Marino A, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

27. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

28. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM:  Effect of blade type and cervical spine immobilization on laryngoscopy in a cadaver model of intubation. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

29. Marino A, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. National Association of Emergency Medical Service Physicians (NAEMSP) Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

30. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

31. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after prehospital naloxone? NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

32. Chan TC, Vilke GM, Anderson ME, Ray LU: Prehospital data on safety restraint use in children and adolescents involved in motor vehicle crashes. California Center for Childhood Injury Prevention Conference, Sacramento, California; September 1998.

33. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. ACEP Research Forum, San Diego, California; October 1998.

34. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. ACEP Research Forum, San Diego, California; October 1998.

35. Marino A, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. ACEP Research Forum, San Diego, California; October 1998.

36. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. ACEP Research Forum, San Diego, California; October 1998.

37. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation gollowing gastric distention from air insufflation? ACEP Research Forum, San Diego, California; October 1998.

38. Chan TC, Bramwell K, Hamilton RS, Davis DP, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. ACEP Research Forum, San Diego, California; October 1998.

39. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

40. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

41. Ma G, Schmitt J, Chan TC, Vilke GM, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

42. Chan TC, Davis DP, Bramwell K, Hamilton RS, Vilke GM:  Comparison of wire-guided percutaneous cricothyrotomy versus standard cricothyrotomy.  SAEM Annual Meeting, Boston, Massachusetts; May 1999.

43. Hamilton RS, Davis DP, Bramwell K, Nordt S, Vilke GM, Chan TC:  Lidocaine administra-tion through an esophageally placed Combitube in a canine model.  SAEM Annual Meeting, Boston, Massachusetts; May 1999.

44. Vilke GM, Chan TC, Marino A, Iskander J:  Knowledge of prescribed medications by ED patients.  SAEM Annual Meeting, Boston, Massachusetts; May 1999.

45. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Annual Meeting, Boston, Massachusetts; May 1999.

46. Ma G, Schmitt J, Chan TC, Vilke GM, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  SAEM Annual Meeting, Boston, Massachusetts; May 1999.

47. Vilke GM, Marino A, Iskander J, Chan TC:  Survey of paramedics for latex allergy risk factors.  SAEM Western Regional Research Forum, Portland, Oregon;  April 2000.

48. Vilke GM, Chan TC, Calkins T, Clark RF:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

49. Chan TC, Vilke GM, Choi S, Krishel SJ, Dunford JV:  Survey of emergency department patients who accessed 911.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

50. Schmitt J, Ma G, Vilke GM, Chan TC:  Suprasternal versus cricothyroid placement in US guided ET placement.  SAEM Annual Meeting, San Francisco, California; May 2000.

51. Schmitt J, Ma G, Vilke GM, Chan TC:  Use of air absorbing ultrasound contrast in US ET placement.  SAEM Annual Meeting, San Francisco, California; May 2000.

52. Wold R, Davis D, Chan TC, Vilke GM:  Clinical decision guideline to identify patients with epidural abscess.  SAEM Annual Meeting, San Francisco, California; May 2000.

53. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function.  SAEM Annual Meeting, San Francisco, California; May 2000.

54. Vilke GM, Marino A, Iskander J, Chan TC:  Survey of paramedics for latex allergy risk
    factors.  SAEM Annual Meeting, San Francisco, California; May 2000.

55. Vilke GM, Chan TC, Choi S, Krishel SJ, Dunford JV:  Survey of emergency
    department patients who accessed 911.  CAL/ACEP Scientific Assembly, Dana Point,
    California; June 2000.

56. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin
    capsicum spray inhalation on pulmonary and respiratory function.  CAL/ACEP
    Scientific Assembly, Dana Point, California; June 2000.   (Won Award for Best
    Research Poster)

57. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital
    refusal of paramedic transport by parents of pediatric patients.  State of California
    EMS Authority Annual EMS for Children Conference, San Diego, California;
    November 2000

58. Vilke GM, Chan TC, Marino A:  Urban paramedics' experience, comfort and accuracy
    in the estimation of pediatric weights.  State of California EMS Authority Annual EMS
    for Children Conference, San Diego, California; November 2000.

59. Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless
    outreach team.  SAEM Western Regional Research Forum, Irvine, California; March
    2001.

60. Vilke GM, Chan TC:  Prehospital EMT latex allergy risk survey.  SAEM Western
    Regional Research Forum, Irvine, California; March 2001.

61. Vilke GM, Seltzer AG, Fisher R, Dunford JV, Chan TC:  Outcome study of minors
    after initial parental refusal of EMS transport.  SAEM Western Regional Research
    Forum, Irvine, California; March 2001.

62. Chan TC, Vilke GM, Clark RF, Clausen J, Neuman T:  Does oleoresin capsicum
    "pepper spray" exposure impact cardiovascular function in human subjects?  SAEM
    Annual Meeting, Atlanta, Georgia; May 2001.

63. Vilke GM, Seltzer AG, Fisher R, Dunford, JV, Chan TC:  Outcome study of minors
    after initial parental refusal of EMS transport.  CAL/ACEP Scientific Assembly, Santa
    Clara, California; June 2001.

64. Chan TC, Dunford J, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-
    disciplinary serial inebriate program on emergency department visits by chronic
    alcoholics to two urban area hospitals.  ACEP Research Forum, Chicago, Illinois;
    October 2001.

65. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients
    who refuse transport after accessing 9-1-1.  NAEMSP Annual Meeting, Tucson,
    Arizona; January 2002.

66.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by
     paramedics: The San Diego experience.  NAEMSP Annual Meeting, Tucson, Arizona;
     January 2002.

67.  Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician
     on 9-1-1 ambulance transports from a county jail.  NAEMSP Annual Meeting, Tucson,
     Arizona; January 2002.

68.  Jenson P, Chan TC, Vilke GM, Leining J, Schenell R, Chester R, Berthelet J,
     Marcotte A, Simmons C, Kelly D, Dunford J:  Effect of a serial inebriate program on
     hospital and ambulance use by chronic alcoholics.  SAEM Western Regional
     Research Forum, San Diego, California; April 2002.

69.  Jin A, Vilke G, Chan T, Davis D:  Prospective randomized study of viscous lidocaine
     vs Hurricaine in a GI cocktail for dyspepsia.  SAEM Western Regional Research
     Forum, San Diego, California; April 2002.

70.  Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Does the addition of parenteral
     opiate pre-medication increase risk of complications when combined with
     methohexital for procedural moderate sedation in the ED?  SAEM Western Regional
     Research Forum, San Diego, California; April 2002.

71.  Jenson P, Chan TC, Vilke GM, Leining J, Schenell R, Chester R, Berthelet J,
     Marcotte A, Simmons C, Kelly D, Dunford J:  Effect of a serial inebriate program on
     hospital and ambulance use by chronic alcoholics.  SAEM Annual Meeting, St. Louis,
     Missouri; May 2002.

72.  Jin A, Vilke G, Chan T, Davis D:  Prospective randomized study of viscous lidocaine
     vs Hurricaine in a GI cocktail for dyspepsia.  SAEM Annual Meeting, St. Louis,
     Missouri; May 2002.

73.  Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Does the addition of parenteral
     opiate pre-medication increase risk of complications when combined with
     methohexital for procedural moderate sedation in the ED?  SAEM Annual Meeting,
     St. Louis, Missouri; May 2002.

74.  Chan TC, Kelso D, Dunford JV, Vilke GM:  Can trained health educators provide
     screening, brief intervention and referral services in an academic teaching hospital
     emergency department?  SAEM Western Regional Meeting, Scottsdale, Arizona;
     April 2003.

75.  Vilke GM, Smith AM, Upledger-Ray L, Steen PJ, Murrin PA, Chan TC:  Airway
     obstruction in paramedic responses for children less than five years.  SAEM Western
     Regional Meeting, Scottsdale, Arizona; April 2003.

76.  Chan TC, Vilke GM, Upledger-Ray L, Smith AM, Stepanski BM, Murrin PA:  Helmet
     use and injuries with scooters, skateboards, rollerblades and skates in children:  how
     do they compare with bicycles?  SAEM Western Regional Meeting, Scottsdale,
     Arizona; April 2003.

77. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective Countywide Trial to Decrease Ambulance Diversion Hours.  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

78. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The Use of Risk Factor Assessment to Screen for Spinal Epidural Abscess in Emergency Department Patients with Spine Pain.  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

79. Chan TC, Kelso D, Dunford JV, Vilke GM:  Can Trained Health Educators Provide Screening, Brief Intervention and Referral Services in an Academic Teaching Hospital Emergency Department?  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

80. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. ACEP Annual Meeting, Boston, Massachusetts, October 2003.

81. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM.  Does weight force during physical restraint cause respiratory compromise?  ACEP Annual Meeting, Boston, Massachusetts, October 2003.

82. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC.  Inadvertent anticoagulation of emergency department patients with aortic dissection.  ACEP Annual Meeting, Boston, Massachusetts, October 2003.

83. Killeen JP, Chan TC, Guss, DA. Impact of bar coding technology and computerized physician order entry on reducing laboratory specimen misidentification errors in the emergency department.  SAEM Annual Meeting, New York, New York, May 2005.

84. Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  SAEM Annual Meeting, New York, New York, May 2005.

85. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  SAEM Annual Meeting, New York, New York, May 2005.

86. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  SAEM Annual Meeting, New York, New York, May 2005.

87. Michalewicz, B.A., T.C. Chan, G.M. Vilke, S.S. Levy, T.S. Neuman, and F.W. Kolkhorst.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  American College of Sports Medicine Annual Meeting, Denver, CO, June 2006. [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

88. Chan TC, Buono C, Killeen J, Griswold W, Lenert L. Tablet computing for disaster scene managers. AMIA Annual Symposium, Washington, DC, November 2006.

89. Buono C, Huang R, Brown S, Chan TC, Killeen J, Lenert L. Role-tailored software systems for coordinating care at disaster sites: Enhancing collaboration between the base hospitals with the field. AMIA Annual Symposium, Washington, DC, November 2006.

90. Demchak B, Chan TC, Griswold WG, Lenert LA. Situational awareness during mass-casualty events: Command and control. AMIA Annual Symposium, Washington, DC, November 2006.

91. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. SAEM Annual Meeting, Chicago, IL, May 2007.

92. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? SAEM Annual Meeting, Chicago, IL, May 2007.

93. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? SAEM Annual Meeting, Chicago, IL, May 2007.

94. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. SAEM Annual Meeting, Chicago, IL, May 2007.

95. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. SAEM Annual Meeting, Chicago, IL, May 2007.

96. Chan T, Buono C. Field provider geolocation position tracking at mass gathering events. AMIA Annual Meeting, Chicago, IL, November 2007.

97. Vilke G, Chan T, Killen J, Castillo E. Impact of psychiatric patient holds on the emergency department overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1):S221.

98. Buono C, Lyon J, Chan T, Griswold W, Castillo E, Killeen J, Kirsh D, Lenert L. Does using a wireless, electronic patient data collection system increase patient time on the field? Acad Emerg Med 2008; 15(5 Suppl 1):S12.

99. Chan T, Killeen J, Castillo E, Vilke G, Kennedy S, Feinberg R, Guss D. Impact of an internet-based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1):S104.

100. Bizek G, Castillo E, Vilke G, Chan T. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S104-S105.

101. Vilke GM, Killeen JP, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

102. Marsan R, Castillo E, Chan T, Stepanski B, Vilke G.  Comparison of prehospital retrospective chart review to prospectively obtained data.  Acad Emerg Med 2009; 16(4):S85-S86.

103. Killeen D, Killeen J, Castillo E, Chan T, Vilke G.  Emergency department patient evaluation of internet and email access for healthcare information.  Acad Emerg Med 2009; 16(4):S132-S133.

104. Sloane C, Chan T, Kohlkorst F, Castillo E, Neuman T, Vilke G.  Can a restraint chair cause respiratory or ventilatory compromise?  Acad Emerg Med 2009; 16(4):S137.

105. Castillo E, Vilke G, Killeen J, Guss D, Feinberg R, Freidman L, Chan T.  Factors associated with community clinic follow-up from an ED internet-based referral system.  Acad Emerg Med 2009; 16(4):S247-S248.

106. Marmon J, Castillo E, Vilke G, Killeen J, Chan T.  The effect of admitting team resident turnover on emergency department patient flow.  Acad Emerg Med 2009; 16(4):S257-S258.

107. Chan TC, Killeen JP, Castillo EM, Lee J. San Diego Safety New Health Information Exchange.  Ann Emerg Med 2011;58(4) S390.

108. Chan TC, Killeen JP, Rafie s, Humber DM, Chan TC. Emergency Department Care Provider Perception of Department-Based Pharmacist Services.  Ann Emerg Med 2011;58(4) S443.

109. Chan TC, Killeen JP, Castillo EM, Lee J. San Diego Safety New Health Information Exchange.  Ann Emerg Med 2011;58(4) S390.

110. Chan TC, Killeen JP, Rafie S, Humber DM, Chan TC. Emergency Department Care Provider Perception of Department-Based Pharmacist Services.  Ann Emerg Med 2011;58(4) S443.

## ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1.  Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  ACEP Research Forum, San Diego, California; October 1998.

3.  Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

4.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from

air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

5.   Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. NAEMSP Annual Meeting, Dana Point, California; January 2000.

8.   Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9.   Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research Forum, Portland Oregon; April 2000.

10.  Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients.  State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

11.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  American Academy of Emergency Medicine (AAEM) Annual Conference, Orlando, Florida; March 2001.

12.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Pediatric intubation by paramedics: The San Diego County experience.  SAEM Western Regional Research Forum, Irvine, California; March 2001.

13.  Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless outreach team.  SAEM Annual Meeting, Atlanta, Georgia; May 2001.

14.  Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless outreach team.  CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

15.  Clark RF, Phillips M, Manoguerra AS, Chan TC:  Home calls from predominantly Latino communities to a regional poison center.  North American Congress of Clinical Toxicology, Montreal, Canada; October 2001.

16.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  Prospective countywide trial to decrease ambulance diversion hours.  SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

17.  Killeen JP, Chan TC, Smith M, Hutches D, Hidley G, Lenert L:  Prehospital Field Telemedicine Evaluation Utilizing 1xEV-D0 Wireless Internet.  American Telemedicine Association Annual Meeting, Orlando, Florida; April 2003.

18.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

decreasing ambulance diversion hours on emergency department interfacility transfers. ACEP Annual Meeting, Boston, Massachusetts, October 2003.

19. Killeen J, Chan TC.  A wireless first responder handheld device for rapid triage, patient assessment and documentation during mass casualty incidents.  AMIA Annual Symposium, Washington, DC, November 2006.

20. Lenert LA, Chan TC, et al:  Wireless internet information system for medical response in disasters (WIISARD).  AMIA Annual Symposium, Washington, DC, November 2006.

21. Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding.  ACEP Annual Meeting, Chicago, Illinois, October 2008.

22. Castillo E, Vilke G, Killeen J, Guss D, Marshall J, Chan T.  Impact of mandated nurse-patient ratios on ED medication delivery.  SAEM Annual Meeting, New Orleans, Louisiana, May 2009.

## PRESENTATIONS/SPEAKING ENGAGEMENTS:

1.  "Anorectal Disorders and Emergencies" -- Emergency Medicine Core Curriculum Conference, UCSD Medical Center;  December 1993.

2.  "Ear and Nose Emergencies" -- Emergency Medicine Core Curriculum Conference, UCSD Medical Center; January 1995.

3.  "Marine Envenomations" -- Emergency Medicine Toxicology Conference, UCSD Medical Center; August 1995.

4.  "Child Abuse in the Emergency Department" –
    - Emergency Medicine Core Curriculum Conference, UCSD Medical Center; September 1995.
    - Noon Conference, Department of Emergency Services, San Francisco General Hospital; January 1996.

5.  "Thrombolytics in Noncardiac Emergencies" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center;  May 1996.

6.  "Billing in the Emergency Department" -- Emergency Medicine Resident Orientation, UCSD Medical Center; July 1996.

7.  "EMS Data Innovations - Prehospital AMA Patients" -- Shaping EMS for the 21st Century Conference, Emergency Medical Services Administrators Association of California, San Diego, California;  May 1997.

8.  "Non-accidental Trauma (NAT)" -- County-wide Field Care Audit, presented by Mercy Hospital and UCSD Medical Center, San Diego, California;  May 1998.

9.   "Trauma" -- UCSD National City School District Systemic Teacher Enhancement Project, National City, California;  June 1998.

10.   "Prehospital Research" -- Prehospital Audit Committee, County of San Diego; September 15, 1998.

11.   "Emergency Medicine Research" -- Howard Hughes Student Lecture, UC San Diego, November 3, 1998.

12.   "The Impact of Oleoresin Capsicum Spray on Respiratory Function in the Sitting and Hobble Restraint Positions" --
     - San Diego Regional Public Safety Training Institute;  March 11, 1999.
     - San Diego SWAT Teams Unit;  May 12, 1999.

13.   "Studies in Restraint Physiology" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center;  July 13, 1999.

14.   Results of the National Institute of Justice Study on Oleoresin Capsicum Spray, sponsored by the U.S. Department of Justice -- San Diego Regional Public Safety Training Institute; September 30, 1999.

15.   "Outpatient Treatment of Deep Venous Thrombosis" -- Clinical Practice Guidelines for the Primary Care Physician, sponsored by UCSD School of Medicine, San Diego, California;  November 20, 1999.

16.   "Restraint Position and Positional Asphyxia" -- Invited presentation to the Health and Human Services Subcommittee, Grand Jury, County of San Diego;  November 1999.

17.   "Management and Triage of Heart Failure Patients in the Emergency Department" -- Congestive Heart Failure Task Force Conference, UCSD Medical Center; January 26, 2000, February 9, 2000.

18.   "Anatomy of a Lawsuit: The Dollars, Sense, and Strategies of Medical Malpractice Litigation" --
     - Housestaff Association, Alumni and Faculty, UCSD Medical Center; March 15, 2000.
     - Department of Medicine Noon Conference, UCSD Medical Center; March 16, 2000.

19.   Findings of the National Institute of Justice Study on Oleoresin Capsicum Spray and Respiratory Function -- Nonlethal Defense IV Conference, National Defense Industrial Association, Tysons Corner, Virginia; March 22, 2000.

20.   "Overview of Findings From Study on Positional Asphyxia and Pepper Spray" -- to the Liability Panel, Less-Than-Lethal Technology and Policy Assessment, National Institute of Justice, United States Department of Justice, Washington, DC;  June 20, 2000.

21.   "Positional Asphyxia Review" -- 2000 PPCT Use of Force Conference, St. Louis,

Missouri; July 14, 2000.

22. Keynote Address: "Myocardial Reperfusion" -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 14, 2000.

23. Difficult Airway Panel (Davis D, Wolfe R, Chan T, Bramwell K) -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 15, 2000.

24. "Conscious Sedation" -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 17, 2000.

25. Airway Workshop (Wolfe R, Chan T, Bramwell K, Davis D) -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 17, 2000.

26. "Findings of the National Institute of Justice Oleoresin Capsicum Exposure and Restraint Study" -- San Diego Special Enforcement Detail (SWAT), County of San Diego, California; October 18, 2000.

27. "OC Spray and Positional Asphyxia: Separating Fact from Fiction" -- International Association of Chiefs of Police 107th Annual Conference, San Diego, California; November 11, 2000.

28. "Positional Asphyxia and Oleoresin Capsicum: Results of the National Institute of Justice Study" -- Non-Lethal Chemical Agents for Trainers Conference, Carlsbad, California; November 15, 2000.

29. "Common ENT Emergencies Seen in the ED"; "Non-accidental Trauma"; "New Strategies for Acute Myocardial Perfusion"; "Procedural Analgesia and Sedation" -- Mammoth Mountain Emergency Medicine Conference, Mammoth Lakes, California; March 5-6, 2001.

30. "Emerging Infections: The Coming Plague" -- ACEP Emergency Medicine Connection, San Diego, California; March 20, 2001.

31. "Emergency Procedural Analgesia & Sedation" -- CAL/ACEP Scientific Assembly, Santa Clara, California; June 8, 2001.

32. "Clinical Aspects of Bioterrorism" -- San Diego County Health and Human Services; December 6, 2001.

33. "Awareness and Use of the California Regional Poison Center in Two Ethnically Diverse Communities in San Diego" -- San Diego Briefings of the UCSD Civic Collaborative, San Diego, California;  March 19, 2002.

34. "Bio-Terrorism: Disaster Preparedness in San Diego" -- Emergency Department Second Annual Symposium, Sharp Grossmont Hospital, San Diego, California; April 17, 2002.

35. "Emergency Management of Rhythm Disorders" -- Arrhythmic & Ischemic

Emergencies: New Treatment Approaches - Dinner Symposium, Los Angeles, California; June 13, 2002.

36. Roundtable on Cultural Diversity Competency and Training -- Council of Residency Directors, ACEP Scientific Assembly, Seattle, Washington, October 7, 2002.

37. "Chemical Agent Overview" -- San Diego County Health and Human Services; January 8, 2003.

38. "Positional Asphyxia and Sudden Custody Death – Separating Fact from Fiction" -- American Society for Law Enforcement Training, Ontario, California; January 10, 2003.

39. "Reperfusion for AMI" -- Western States Winter Conference on Emergency Medicine, Park City, Utah; January 22, 2003.

40. "ENT Emergencies" -- Western States Winter Conference on Emergency Medicine, Park City, Utah; January 23, 2003.

41. "Bioterrorism Update: Smallpox and Smallpox Vaccination" -- San Diego County Sheriff's Department, SWAT, and Special Enforcement Detail, San Diego, California; February 10, 2003.

42. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

43. "Bioterrorism Update: Smallpox and Smallpox Vaccination" -- San Diego County Sheriff's Department, ASTREA Division, San Diego, California; March 14, 2003.

44. "Positional Asphyxia" -- American Correctional Health Services Association Conference 2003, San Diego, California; September 25, 2003.

45. "Challenging ECG cases in the ED:  Pearls and Pitfalls" -- Western States Winter Conference on Emergency Medicine, Park City, Utah; January 28, 2004.

46. "Positional Asphyxia" -- San Diego County Sheriff's Department – Medical Division, San Diego, California; January 29, 2004.

47. "Improving Patient Flow and Reducing ED Crowding: Findings from 10 Hospitals" -- Urgent Matters, Web-based program, World Wide Web; July 1, 2004.

48. "After-the-Fire Grantee Summit" -- The San Diego Foundation, San Diego, California; October 21, 2004.

49. "Wireless Internet Information System for Medical Response to Disasters – The WIISARD Project" -- San Diego Metropolitan Medical Strike Team, San Diego, California; November 17, 2004.

50. "Urgent Matters Study (input, throughput, output) of UCSD Medical Center's

Emergency Department" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

51.  "Best Practices of other Urgent Matters Hospitals" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

52.  "Emergency Room Problems in San Diego:  How Can We Improve Quality?" -- The San Diego Patient Safety Consortium Patient Safety Form, San Diego, California; December 16, 2004.

53.  "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

54.  "Promise and Pitfalls:  Emergency Department Information Systems" -- Urgent Matters Regional Conferences, Atlanta, Georgia; October 14, 2005.

55.  "Promise and Pitfalls:  Emergency Department Information Systems" -- Urgent Matters Regional Conferences, Las Vegas, Nevada; October 28, 2005.

56.  "Wireless Internet Information System for Medical Response to Disasters" -- Metropolitan Medical Response System Quarterly Meeting, San Diego, California; January 19, 2006.

57.  "In-Custody Sudden Deaths" -- Florida Sheriffs Association One Day Symposium, Orlando, Florida; June 1, 2006.

58.  "They Didn't Need to Shoot Him: Providing Effective Alternatives to Lethal Force" Plenary Panel -- The National Institute of Justice Conference, Washington D.C.; July 18, 2006.

59.  "Use of Force:  Sudden Death Myths and Excited Delirium" - The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington D.C.; September 10, 2006.

60.  "Cardiac, Respiratory, and Metabolic Effects of EMD" - NIJ Steering Group Committee, US Department of Justice, Office of Justice Programs, Washington D.C.; October 30, 2006.

61.  "IT Innovation in an Academic Emergency Department" - Institute for Healthcare Improvement Meeting, San Diego, California; November 2, 2006.

62.  "Restraint Physiology: Separating Fact from Fiction" - Sudden Death, Excited Delirium and In-custody Death Conference, Las Vegas, Nevada; November 16, 2006.

63.  "Use of Force and Sudden In-Custody Death" - Minnesota Dept of Public Safety – Bureau of Criminal Apprehension, Minneapolis, Minnesota; April 30, 2007.

64.  "Chlorine Gas Exposure and Chemical Terrorism" - San Diego County Metropolitan

Medical Strike Team, San Diego, California; September 19, 2007.

65. "Power of Innovation: The Strategic Use of Technology to Improve the Patient Experience" – CEO Rounds, UCSD Medical Center, San Diego, California; September 20, 2007.

66. "Tasers" – San Diego County EMS/ED American Medical Response Field Care Audit, San Diego, California; September 26, 2007.

67. "ER Overcrowding;" Panelist – ER Overcrowding Summit, San Diego, California; October 2, 2007.

68. "Restraints and Sudden Death" – Sudden Death, Excited Delirium and In-Custody Death Conference, Las Vegas, Nevada; November 28, 2007.

69. "UCSD Emergency Medicine" – DOM Clinical Service Chief's Meeting, San Diego, California; May 20, 2008.

70. "ED Crowding and Project Impact" – UCSD Healthcare/Preuss School, San Diego, California; July 24, 2008.

71. "Restraint and Sudden Death" – California/Nevada American Correctional Health Services Association – Institute for Medical Quality, San Diego, California; September 18, 2008.

72. "UCSD Emergency Medicine and Community Outreach Efforts" – UCSD Leaders Team Meeting, San Diego, California; September 25, 2008.

73. "ED Clinic Project/Nurse Ratio Project" – San Diego's Annual Emergency Department Overcrowding Summit, San Diego, California; October 8, 2008.

74. "Excited Delirium Restraint and Sudden Death" – Sudden Death, Excited Delirium and In-Custody Death Conference, Las Vegas, Nevada; October 30, 2008.

75. "Safety Net Connect Update" – Hospital Association of San Diego and Imperial Counties, San Diego, California; November 13, 2008.

76. "Understanding Patient Demand in Emergency Department" - Institute for Operations Research and the Management Sciences (INFORMS) Annual Meeting, San Diego, California; October 14, 2009.

77. "ED-Community Clinics Collaboration" - Annual San Diego County Emergency Department Overcrowding Summit, San Diego, California; October 14, 2009.

78. "Lessons Learned - Emergency Department Crowding" - Urgent Matters Learning Network II, sponsored by the Robert Wood Johnson Foundation and Agency for Healthcare Research and Quality, Philadelphia, Pennsylvania; October 23, 2009.

79. "Restraint Chair Safety and Related Sudden In-Custody Death Asphyxia Issues: A Review of the Literature" – Institute for the Prevention of In-Custody Deaths, Inc., Las

Vegas, Nevada; November 12, 2009.

80. Coordination of Care: The Patient Centered Medical Home and the Role of Community Resources at University of California Healthcare Retreat - Transforming Health Care Delivery at UC, Oakland, California; February 22, 2010.

81. "Technologic Innovations in Emergency Department Intake" - Intermountain Institute for Health Care Delivery Research, Salt Lake City, Utah; February 24, 2010.

82. "Linking Frequent ED Users with Primary Care - A successful program in San Diego" to the Inland Quality Collaborative, Riverside, CA; Aug 18, 2010.

83. "The Impact and Future of SBIRT" – Screening, Brief Intervention, Referral to Treatment Conference, San Diego, CA; Sep 9, 2010.

84. "Beacon Collaborative and Health Reform" – Annual San Diego Organization of Healthcare Leaders Conference, San Diego, CA; Sep 10, 2010.

85. "San Diego Beacon Collaborative and Health IT Workforce" – HealthTECH Workforce Forum, San Diego, CA; Sep 17, 2010.

86. "San Diego Beacon Community Collaborative Update" – Hospital Associate of San Diego and Imperial Counties 2010 Annual Membership Meeting, San Diego, CA; Nov 11, 2010.

87. "Excited Delirium" – 5th Annual Sudden Death, Excited Delirium & In-Custody Death Conference, Las Vegas, NV; Nov 18, 2010.

88. "Healthcare IT: BEACON Community Collaborative" – UK Digital Economy Workshop, San Diego, CA; March 17, 2011.

89. "Health IT in an Era of Accountable Care: Update from the Beacon Communities" – Brookings Institute, Washington DC; May 17, 2011.

90. "Emergency Room Diversion/Health Information Exchange" – Health Care Community Network Quarterly Meeting, San Diego, CA; June 15, 2011.

91. Information Technology in Disaster Response - California Institute for Telecommunications and Information Technology - 10 year academic review, San Diego, CA; Oct 12, 2011.

92. Information Technology in the Emergency Department San Diego Overcrowding Summit, Scripps Healthcare, San Diego, CA; Oct 27, 2011.

93. The New Prescription: IT's role in transforming medicine. BIOCOM, San Diego, CA; December 9, 2011.

94. Beacon Community Town Hall. Healthcare Information and Management Systems Society, Las Vegas, NV; Feb 22, 2012.