UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Larry E. Smith as trustee for the Heirs and Next of Kin of David Cornelius Smith,** | Court File No.:  11-CV-03071 (SRN/JJK) |
| **Plaintiff,** | |
| v. | PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL |
| **Timothy Gorman and Timothy Callahan, acting in their individual capacities as Minneapolis police officers, and the City of Minneapolis,** | |
| **Defendants.** | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office: **Exhibit 44 to Affidavit of C. Lynne Fundingsland in Support of Defendants' Motion for Summary Judgment**.   If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: __)

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Doc. of protective order:   10   )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
         (Document number of redacted version: ___)

___ Other (description):

* Filing of these items requires Judicial Approval.